Case No. 6:20-cv-00856

# EXHIBIT A

**Exhibit A**
Cub Club Investment, LLC – List of Registered Copyrights

| Registration No.[1] | Date | Title |
|---|---|---|
| VAu 001-152-200* | 07/31/2013 | iDiversicons - African American a. D001 - D088. |
| VAu 001-152-192* | 07/31/2013 | iDiversicons - Asian a. D108 - D127. |
| VAu 001-152-196* | 07/31/2013 | iDiversicons - Biracial a. D147 - D154. |
| VAu 001-152-187* | 07/31/2013 | iDiversicons - Caucasian a. D128 - D146. |
| VAu 001-152-204* | 07/31/2013 | iDiversicons - Latino / Hispanic a. D089 - D107. |
| VAu 001-158-222* | 07/31/2013 | iDiversicons - Pictures a. D277 - D283. |
| VAu 001-152-201* | 07/31/2013 | iDiversicons - Same Sex a. D155 - D162. |
| VAu 001-152-190* | 07/31/2013 | iDiversicons - Smiley Faces a. D163 - D276. |
| VAu 001-180-096* | 09/26/2013 | iDiversicons - Animals and Miscellaneous a. D295-D299, D306, D307, and D311. |
| VAu 001-180-102* | 09/26/2013 | iDiversicons - Indian a. D284-D294, D301-D305, and D308-D310. |
| VAu 001-180-095* | 09/26/2013 | iDiversicons - Showcase and Biracial a. D300 and D312. |
| PAu 003-747-340 | 10/03/2013 | iDiversicons Video & Script. |
| TXu 001-913-873 | 11/04/2013 | Diversicons iOS Computer Software Program. |
| VAu 001-181-371 | 12/12/2013 | iDiversicons D324 Racing Toward Diversity. |
| VAu 001-186-920 | 04/28/2014 | iDiversicons - Additional Phase II Images. |
| VAu 001-175-244 | 05/08/2014 | [iDiversicons More Phase II Added Images] |
| VAu 001-177-361 | 06/25/2014 | Parrot iDiversicons, et al. |

---

[1] Cub Club Investment, LLC is the owner of all of the U.S. Copyright Registration Nos. listed in this Exhibit. For the U.S. Copyright Registration Nos. denoted with an asterisk(*) under the "Registration Number" column, there was an inadvertent typographical error in the copyright applications such that "Cub Club Investment**s**, LLC" was listed as the Author and Copyright Claimant instead of "Cub Club Investment, LLC." Cub Club Investment, LLC, currently owns these Registration Nos. and has owned the subject matter of these Registration Nos. since before the filing date of the applications for registration.

**Exhibit A**
Cub Club Investment, LLC – List of Registered Copyrights

| Registration No.[1] | Date | Title |
|---|---|---|
| VAu 001-181-950 | 08/08/2014 | iDiversicons Additional Phase II Images. |
| VAu 001-204-290 | 03/05/2015 | iDiversicons - 7 Additional Images. |
| TXu 001-950-650 | 03/30/2015 | iDiversicons iOS Keyboard Computer Software Program. |
| TXu 001-950-653 | 07/21/2015 | iDiversicons Android Mobile Computer Software Program. |
| VAu 001-227-682 | 08/05/2015 | 1_idiversicons_disability_fishing et al. |
| VAu 001-231-502 | 08/19/2015 | iDiversicons Ray Lewis Emoji. |
| VAu 001-254-257 | 05/12/2016 | iDiversicons Donald Trump Emoji. |
| VA0 002-120-402 | 02/05/2018 | "We Are One" Volleyball Team Motivation Illustration. |
| TX0 008-491-026 | 05/19/2018 | iDiversicons iOS Keyboard Computer Software Program with Added New Horizontal Side-By-Side Emoji Display in Text Messages & Email Displays Capability. |
| TX0 008-491-031 | 07/16/2018 | iDiversicons, The Worlds First Diverse Emoji Microsoft App for Windows 7, 8 and 10 Software Program. |
| VAu 001-394-527 | 04/06/2020 | iDiversicons Corona Virus COVID19 emoji. |
| PAu 004-029-934 | 05/14/2020 | Diversicons Washing Your Hands Coronavirus Video & Script. |
| VAu 001-406-167 | 06/19/2020 | iDiversicons Woman Wash Hands 1 and 6 Other Unpublished Works. |