# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Cub Club Investment, LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>Apple, Inc.,<br><br>    Defendant. | Case No. 6:20-cv-856<br><br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Plaintiff certify that Cub Club Investment, LLC has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated:  September 18, 2020

Respectfully submitted,

By: */s/ B. Todd Patterson*

B. Todd Patterson
Attorney In Charge
Texas Bar No. 00789537
tpatterson@pattersonsheridan.com

John A. Yates
Texas Bar No. 24056569
jyates@pattersonsheridan.com

Kyrie Cameron
Texas Bar No. 24097450
kcameron@pattersonsheridan.com

**Patterson + Sheridan LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas Bar No. 24000087

areyna@pattersonsheridan.com

**Patterson + Sheridan LLP**
900 Washington Ave., Suite 503
Waco, Texas 76701
(Tel.): 254-777-5248
(Fax): 877-777-8071

Craig K. Ribbeck
Texas Bar No. 24009051
craig@ribbecklawfirm.com

**The Ribbeck Law Firm, PLLC**
P.O. Box 550377
Houston, TX 77055
(Tel): 713-621-5220
(Fax): 713-572-1507

*Attorneys for Plaintiff*
*Cub Club Investment, LLC*