UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CUB CLUB INVESTMENTS, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil No. 6:20-CV-00856 |
| v. § | |
| § | |
| **APPLE, INC.,** § | |
| § | |
| **Defendant.** § | |

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE of the appearance of Abelino Reyna of the firm Patterson + Sheridan LLP, who will appear as co-counsel of record for Plaintiff Cub Club Investments, LLC in the above-captioned matter. Please send service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action to Abelino Reyna at the following address:

Abelino Reyna
**PATTERSON + SHERIDAN LLP**
900 Washington Ave., Suite 503
Waco, TX 76701
Phone: (254) 777-5248
Fax: (877) 777-8071
areyna@pattersonsheridan.com

Dated: September 18, 2020												Respectfully submitted,

**PATTERSON + SHERIDAN, LLP**

*/s/ Abelino Reyna*
Abelino Reyna
Texas Bar No. 24000087
areyna@pattersonsheridan.com

900 Washington Ave., Suite 503
Waco, TX 76701
Phone: (254) 777-5248
Fax: (877) 777-8071

B. Todd Patterson
Texas Bar No. 00789537
tpatterson@pattersonsheridan.com

John A. Yates
Texas Bar No. 24056569
jyates@pattersonsheridan.com

Kyrie K. Cameron
Texas Bar No. 24097450
kcameron@pattersonsheridan.com

24 Greenway Plaza, Suite 1600
Houston, TX 77046
Phone: (713) 623-4844
Fax: (713) 623-4846

**The Ribbeck Law Firm, LPPC**

Craig K. Ribbeck
Texas Bar No. 24009051
craig@ribbecklawfirm.com
6363 Woodway Dr., #565
Houston, TX 77057
Phone: (713) 621-5220

*Counsel for Plaintiff Cub Club Investments, LLC*