# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District District of Texas

Case Number: 6:20-CV-00856-ADA-JCM

Plaintiff:
**Cub Club Investment, LLC**

vs.

Defendant:
**Apple, Inc**

For:
Barden Todd Patterson
Patterson & Sheridan, Llp
24 Greenway Plaza
Suite 1600
Houston, TX 77046-2472

Received by Lexitas on the 21st day of September, 2020 at 11:36 am to be served on **Apple, Inc. Registered Agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **21st day of September, 2020 at 2:48 pm, I:**

Executed service by hand delivering a true copy of the **Summons & Original Complaint For Copyright Infringement with Exhibits** to: **Terri Thongsavat**, an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.**, who is authorized to accept service of process for **Apple, Inc.**, at the address of: **1999 Bryan Street, Suite 900, Dallas, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 22nd day of September, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

JON PEKAR
My Notary ID # 124424900
Expires January 11, 2023

Anthony Collins
PSC-357 Expires 12/31/2021

Lexitas
4299 San Felipe
Suite 350
Houston, TX 77027
(713) 375-0121

Our Job Serial Number: ONT-2020004376
Ref: 337622

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

