AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Cub Club Investment, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6L20-cv-586-ADA-JCM |
| Apple Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date:  10/07/2020

/s/ Carolyn M. Homer
*Attorney's signature*

Carolyn M. Homer (D.C. Bar No. 1049145)
*Printed name and bar number*
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004

*Address*

Carolyn.Homer@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*