IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Cub Club Investment, LLC,<br><br>    *Plaintiff*,<br>    v.<br><br>Apple Inc.,<br><br>    *Defendant*. | Case No. 6:20-cv-856-ADA-JCM |

**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**

Upon consideration of Defendant Apple Inc.'s Unopposed Motion to Extend Deadline for Responsive Pleading, and with good cause being shown, it is hereby ORDERED that the motion shall be GRANTED. Defendant Apple Inc. shall have up to and including November 11, 2020 to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint.

SIGNED on this _____ day of October, 2020.

_____
U.S. District Judge Alan D. Albright