UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Cub Club Investment, LLC

vs.                                                             Case No.: 6:20-cv-856-ADA-JCM

Apple Inc.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Gabriel S. Gross , counsel for Apple Inc. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Gabriel S. Gross may appear on behalf of Apple Inc. in the above case.

IT IS FURTHER ORDERED that Gabriel S. Gross , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October _____, 20____.

UNITED STATES DISTRICT JUDGE