UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Cub Club Investment, LLC,

vs.                                                             Case No.: 6:20-cv-856-ADA-JCM

Apple Inc.,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Andrew Gass , counsel for  Apple Inc. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and  Andrew Gass  may appear on behalf of  Apple Inc.  in the above case.

IT IS FURTHER ORDERED that  Andrew Gass , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  October , 20_____.

_____
UNITED STATES DISTRICT JUDGE