IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Cub Club Investment, LLC,<br><br>   *Plaintiff*,<br>v.<br><br>Apple Inc.,<br><br>   *Defendant*. | Case No. 6:20-cv-856-ADA-JCM |

### DEFENDANT APPLE INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Apple Inc., by and through its undersigned counsel, hereby submits the following disclosure statement.

Apple Inc. states it has no parent corporation and there are no publicly held corporations that own more than a 10% share of its equity.

Dated: October 7, 2020

                Respectfully submitted,

                /s/ *Carolyn M. Homer*
                Carolyn M. Homer
                District of Columbia Bar No. 1049145
                (admitted to practice in W.D. Tex.)
                LATHAM & WATKINS LLP
                555 Eleventh Street, NW, Suite 1000
                Washington, D.C. 20004
                Telephone: 202.637.2200
                Facsimile: 202.637.2201
                carolyn.homer@lw.com

                Andrew Gass*
                LATHAM & WATKINS LLP
                505 Montgomery Street, Suite 2000
                San Francisco, CA 94111
                Telephone: 415.391.0600
                Facsimile: 415.395.8095
                andrew.gass@lw.com

Gabriel S. Gross*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600
gabe.gross@lw.com

*pro hac vice applications to be submitted

Counsel for Defendant Apple Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 7, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which sends notifications of such filing to all counsel of record.

                                                          /s/ *Carolyn M. Homer*
                                                          Carolyn M. Homer