IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CUB CLUB INVESTMENT, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION No. 6:20-CV-856-ADA-JCM |
| APPLE, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

### DEFENDANT APPLE, INC.'S NOTICE OF APPEARANCE OF SAMEER HASHMI

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Apple, Inc. files this Notice of Appearance and hereby notifies the Court that the following attorney has entered this action as its counsel:

Sameer Hashmi
Texas State Bar No. 24101877
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
shashmi@scottdoug.com

Mr. Hashmi requests that his appearance for Defendant Apple, Inc. be reflected on the Court's docket and that all future pleadings, Orders and other papers be served on him.

Dated:  November 2, 2020.

4853-3031-2656

Respectfully submitted,

By:   */s/ Sameer Hashmi*
Sameer Hashmi
State Bar No. 24101877
shashmi@scottdoug.com
SCOTT DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701-2589
Ph:   (512) 495-6300
Fax:  (512) 495-6399

*Attorney for Defendant Apple, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 2, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Sameer Hashmi*
Sameer Hashmi

2

4853-3031-2656