IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CUB CLUB INVESTMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No. 6:20-CV-856-ADA-JCM |
| | § | |
| APPLE INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## DEFENDANT APPLE INC.'S NOTICE OF APPEARANCE OF PAIGE ARNETTE AMSTUTZ

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Apple Inc. files this Notice of Appearance and hereby notifies the Court that the following attorney has entered this action as its counsel:

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Ms. Amstutz requests that her appearance for Defendant Apple Inc. be reflected on the Court's docket and that all future pleadings, Orders and other papers be served on her.

Dated:  November 2, 2020.

Respectfully submitted,

By:   */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
State Bar No. 00796136
pamstutz@scottdoug.com
SCOTT DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701-2589
Ph:   (512) 495-6300
Fax:   (512) 495-6399

*Attorney for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 2, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz