IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CUB CLUB INVESTMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No. 6:20-CV-856-ADA-JCM |
| APPLE INC., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**SECOND UNOPPOSED MOTION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Apple Inc. moves pursuant to Federal Rule of Civil Procedure 6(b) to extend the deadline to answer or otherwise respond to the Complaint (Dkt. 1) to November 25, 2020. Plaintiff filed its complaint on September 18, 2020. (Dkt. 1.) Apple was served on September 21, 2020, triggering a response date of October 12, 2020. (Dkt. 10.) The Court granted Apple's motion for a 30-day extension, setting the deadline to respond as November 11, 2020. (*See* 10/7/20 Order (granting Dkt. 12).) Apple is diligently working to respond to the Complaint, in which Plaintiff has alleged infringement of multiple copyrights. Granting this motion will result in a total extension of 44 days, which the Court generally permits. *See Sample Order Governing Proceedings – Patent Cases 092220* at 5 ("The Court is generally willing to extend the response to the Complaint up to 45 days if agreed by the parties.") (Albright, J.).

For the foregoing reasons, Apple respectfully requests that the Court extend its deadline to answer, move to dismiss, or otherwise respond to the Complaint, by 14 additional days, up to and including November 25, 2020. Counsel for Apple has conferred via telephone with counsel for Plaintiff, who does not oppose the extension.

1

Dated: November 3, 2020                                          Respectfully submitted,

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
State Bar No. 00796136
pamstutz@scottdoug.com
Sameer Hashmi
State Bar No. 24101877
shashmi@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile:  (512) 495-6399

Andrew M. Gass*
*Admitted Pro Hac Vice*
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

Gabriel S. Gross*
*Admitted Pro Hac Vice*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

Carolyn M. Homer
*Admitted to practice in W.D. Tex.*
carolyn.homer@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

*Attorneys for Defendant Apple Inc.*

2

## CERTIFICATE OF CONFERENCE

On November 3, 2020, Plaintiff's counsel stated that Plaintiff was unopposed to an additional 14-day extension of Apple Inc.'s time to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint, up to and including November 25, 2020.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz