**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| CUB CLUB INVESTMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No. 6:20-CV-856-ADA-JCM |
| APPLE INC., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT APPLE INC.'S  SECOND**
**UNOPPOSED MOTION TO EXTEND DEADLINE**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant Apple Inc.'s Second Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint, and with good cause being shown, it is hereby ORDERED that the motion shall be GRANTED.  Defendant Apple Inc. shall have up to and including November 25, 2020 to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint.

SIGNED on this __ day of November, 2020.


_____
THE HONORABLE JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE