UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Cub Club Investement, LLC

vs.                                                          Case No.:  6:20-cv-856-ADA-JCM

Apple Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now  Elana Nightingale Dawson , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Apple Inc.  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Latham & Watkins with offices at:

    Mailing address:  555 Eleventh Street, NW, Suite 1000

    City, State, Zip Code:  Washington, D.C. 20004-1304

    Telephone:  202-637-2200     Facsimile:  202-637-2201

2. Since  May 13, 2016 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  District of Columbia . Applicant's bar license number is  1032247 .

3. Applicant has been admitted to practice before the following courts:

    Court:                                                 Admission date:

    See Attachment A

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Paige Arnette Amstutz, Scott Douglass & McConnico LLP

Mailing address: 303 Colorado Street, Suite 2400

City, State, Zip Code: Austin, TX 78701

Telephone: 512-495-6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Elana Nightingale Dawson to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Elana Nightingale Dawson
[printed name of Applicant]

*/s/ Elana Nightingale Dawson*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16 day of November, 2020.

Elana Nightingale Dawson
[printed name of Applicant]

*/s/ Elana Nightingale Dawson*
[signature of Applicant]

Applicant: Elana Nightingale Dawson

# ATTACHMENT A

3.  Applicant has been admitted to practice before the following courts and bar:

| **Bar:** | **Admission date:** |
|---|---|
| State of Illinois | November 10, 2011 |

| **Court:** | **Admission date:** |
|---|---|
| U.S. District Court, Northern District of Illinois | June 15, 2012 |
| U.S. Court of Appeals for the 1st Circuit | September 17, 2013 |
| U.S. Court of Appeals for the Federal Circuit | June 17, 2015 |
| U.S. Supreme Court | May 2, 2016 |
| U.S. Court of Appeals for the 7th Circuit | December 30, 2016 |
| U.S. Court of Appeals for the 9th Circuit | April 12, 2017 |
| U.S. Court of Appeals for the 4th Circuit | April 17, 2017 |
| U.S. Court of Appeals for the 10th Circuit | May 31, 2018 |
| U.S. Court of Appeals for the 11th Circuit | June 22, 2018 |
| U.S. Court of Appeals for the 6th Circuit | August 1, 2018 |