# EXHIBIT 2a

 **Consortium**                                      Tech Site | Site Map | Search

# The Unicode Consortium

**Related Links**

Contact Us
Join Unicode!
Why Join Unicode
Consortium Members
Directors and Officers
Unicode Technical Committee
Unicode CLDR-TC
Unicode Editorial Committee
E-Mail Distribution Lists
Unicode Consortium IRS Tax Status
Unicode Consortium FTB Tax Status
Unicode Consortium Bylaws
Unicode Consortium Policies
Unicode Consortium Public Positions
The Bulldog Award
Acknowledgements
In Memoriam

**History Corner**

History of Unicode
Board Members (BOD History)
Chronology of Unicode Version 1.0
Contributors (Membership History)
Photo Album
Previous Officers of the Consortium
Release and Publication Dates
Summary Narrative
Early Years of Unicode
Virtual Museum

The Unicode Consortium is a non-profit corporation devoted to developing, maintaining, and promoting software internationalization standards and data, particularly the Unicode Standard, which specifies the representation of text in all modern software products and standards. The Unicode Consortium actively develops standards in the area of internationalization including defining the behavior and relationships between Unicode characters. The Consortium works closely with W3C and with ISO and IEC—in particular with ISO/IEC/JTC 1/SC2/WG2, which is responsible for maintaining ISO/IEC 10646, the International Standard synchronized with the Unicode Standard.

The publications of the Unicode Consortium include The Unicode Standard, with its Annexes and Character Database, Unicode Technical Standards and Reports, Unicode Technical Notes, the Common Locale Data Repository, and the International Components for Unicode.

Members of the Consortium include major computer corporations, software producers, database vendors, government ministries, research institutions, international agencies, various user groups, and interested individuals. A white paper outlining the overall value of a Unicode membership to an organization is available separately.

The Consortium's Directors and Officers come from a variety of organizations, representing a wide spectrum of text-encoding and computing applications.

Unicode, Inc. is incorporated in the State of California, doing business as "The Unicode Consortium". The Unicode Consortium has the status of a 501(c)(3) charitable organization. Donations to the Consortium are tax-deductible to the extent allowed for by law. The Consortium bylaws are publicly available.

The Consortium maintains a set of official policies with regards to patents, the stability of the Standard, and Unicode's trademarks, logo and copyright material.

There are several consortium committees, including three technical committees and the editorial committee.

Unicode Technical Committee
    Responsible for the creation, maintenance, and quality of the Unicode Standard, and related software globalization

Case 6:20-cv-00856-ADA-JCM   Document 21-4   Filed 11/24/20   Page 3 of 3

standards and documents.

### Unicode CLDR Technical Committee

Responsible for the Unicode Locales Project, the Common Locale Data Repository, and related software localization standards and documents. The CLDR-TC also includes the Unicode Localization Interoperability Subcommittee, which provides needed data interchange formats for localization-related assets, with a focus on XLIFF, SRX, and TMX.

### Unicode ICU Technical Committee

Responsible for the ICU (International Components for Unicode) Project.

### Unicode Editorial Committee

Responsible for editing the Consortium's publications and web pages.

The Unicode Consortium sponsors an occasional Bulldog award given to various personalities for their "outstanding personal contributions to the philosophy and dissemination of the Unicode Standard".

A number of Unicode members and volunteers are active in organizing periodic Internationalization and Unicode Conferences, which are conducted by an independent conference organizer under license from the Unicode Consortium.

The Unicode Consortium is committed to standards. Periodically the Unicode web pages are run through HTML validation to assure interoperability and syntactic validity. The W3C logo indicates that our pages validate as HTML 4.0 Transitional. Click the logo to visit the W3C validation pages.

© 1991–2020 Unicode, Inc. All Rights Reserved.
Unicode and the Unicode Logo are registered trademarks of Unicode, Inc. in the United States and other countries.
Terms of Use