# EXHIBIT 2b

 **Unicode Technical Committee**                                      Home | Site Map | Search

# Unicode® Technical Committee

**Contents**

Meetings
Email Discussions
Officers
Liaison

**Standard**

The Unicode Standard
Unicode Character Database
Updates and Errata

**Technical Work**

Current UTC Document Register
UTC Document Registers
Action Items
UTC Meeting Information and Minutes
Technical Reports
Public Review Issues
Unicode Calendar of Meetings
Unicode Policies
How Technical Reports are published
Submitting Proposals
Collation
Technical Committee Procedures
Script Ad Hoc Group

**Members**

Member Resources
Instructions for Submitting UTC documents

**The Consortium**

Join Unicode!
Why Join Unicode
Consortium Members
Email Distribution Lists

The Unicode Technical Committee (UTC), is responsible for the development and maintenance of the Unicode Standard, including the Unicode Character Database, as well as Unicode Technical Reports and Unicode Technical Standards. As appropriate, the UTC releases Updates and Errata to its publications or takes public positions.

## Meetings

The UTC meets on a quarterly basis (see calendar for dates and locations). The agenda for each meeting is posted in advance in the Current UTC Document Register and is announced on the members only mailing list.

All UTC decisions are made in accordance with the Technical Committee Procedures, subject to additional limitations set forth in applicable Unicode Policies. Full and Institutional members of the Unicode Consortium have one vote. Supporting members have half a vote. Associate, liaison, and individual members (along with invited observers) also participate in the UTC meetings but do not vote.

To add a topic to the UTC meeting agenda, members should send their request via email to the UTC chairs (see Officers below) with "UTC Agenda" in the subject line. To submit proposals or other documents for review, follow the instructions for submitting documents and also request a corresponding agenda item. Contact the Unicode office for more information. Proposals for new characters or scripts are subject to additional requirements on content and format.

Following each meeting, the UTC produces a set of meeting minutes, action items and motions voted upon. Information about UTC meetings (including agendas and minutes) and the UTC document registers are publicly available. Access to other member resources are for members only. To become a member, see Join the Consortium.

## Email Discussions

Outside of the formal meetings, much of the technical work of the UTC is conducted in email discussions held on the distribution list of Unicode members (Unicore). Informal discussions of technical issues are also held on public Unicode

email distribution lists.

## Officers

The current Technical Committee Officers are:

- Chair: Lisa Moore
- Vice-Chair: Craig Cummings

## Liaison

The Unicode Consortium is a Class A Liaison Body of the International Organization for Standardization (ISO). It makes recommendations to JTC1/SC2 (Joint Technical Committee 1/Sub-Committee 2), which is also known as Information Technology/Coded Character Sets Committee.

© 1991–2020 Unicode, Inc. All Rights Reserved.
Unicode and the Unicode Logo are registered trademarks of Unicode, Inc. in the United States and other countries.
Terms of Use
Last updated:  - 11/24/2020, 8:28:38 AM - Contact Us