# EXHIBIT 2c

Case 6:20-cv-00856-ADA-JCM   Document 21-6   Filed 11/24/20   Page 2 of 12

# Members

## Full Members (Voting)

  

  

  

Liaison Members

Press



Search …

## Institutional Members (Voting)

  

## Supporting Members (Voting)

 

## Associate Members

  





















# Individual Members

**Lifetime Members:**

|  | | | |
|---|---|---|---|
|  | Fesseha Atlaw | Aaron Babst | Rebecca Bettencourt |
|  | Bert Blodau | Kevin Brown | Jeremy Burge |
|  | Craig Cummings | Michael D'Errico | Martin Dürst |
|  | Peter Edberg | Scott Ferreira | Naga Ganesan |
|  | Thomas Gewecke | Paul Hardy | John Hergenroeder |
|  | Stephan Hyeonjun Stiller | Laurențiu Iancu | Wolfgang Keber |
|  | Erkki I Kolehmainen | Marcel Fabian Krüger | Jan Kučera |
|  | Gary Lefman | Steven R. Loomis | Ken Lunde |
|  | Xudong Ma | M. Sean McLennan | Ben Monroe |

|   |   |   |   |
|---|---|---|---|
|   | Russ Nekorchuk | Karl Pentzlin | Åke Persson |
|   | Addison Phillips | Arthur Reutenauer | Matt Sanford |
|   | Christopher Scholten | Tex Texin | Benjamin Titze |
|   | Edwin Wee | Andrew West | Grace Wiersma |
|   | Daniel Yacob |   |   |

**Alumni:**

|   |   |   |   |
|---|---|---|---|
|   | James Agenbroad | Harald Alvestrand | John Cowan |
|   | Doug Ewell | Ed Hart | John Hudson |
|   | Alain LaBonté | Sandra O'Donnell | Shriramana Sharma |
|   | Arnold Winkler | Joan M. Winters |   |

**10-14 Years:**

|  |  |  |
|---|---|---|
| Karen Broome | Patrick Chew | Elsebeth Flarup |
| Martin Heijdra | Michael Maier | Jim Monty |
| Robert Muir | Dov Pearl | Jonathan Rosenne |
| John Richard Wordingham |  |  |

**5-9 Years:**

|  |  |  |
|---|---|---|
| Shervin Afsharazad | Bianca Berning | Jim DeLaHunt |
| Marc Durdin | Michel Honold | Denis Jacquerye |
| Takahiro Kashima | Brian Kolo | Norbert Lindenberg |
| Marc Lodewijck | Joe Loughry | Muthelilan Nedumaran |

|  |  |  |
|---|---|---|
| Katrina Parrott | WPJ (Pim) Rietbroek | Alolita Sharma |
| Masaharu Ueda |  |  |

**Less than 5 Years:**

|  |  |  |
|---|---|---|
| Patrick Andries | Paul-Henri Arnaud | Thomas Bakketun |
| Elizabeth Bales | Be | Neil Bortnak |
| Fredrick Brennan | Pu Chen | Cole Christensen |
| M. E. Chung | Mia Cinelli | Tristan Davey |
| Sebastian Delmont | Julian Eden | Wong Fa Fu |
| Claudia Galvan | Manish Georegaokar | Jonathan Gill |
| Robert Gomes Melo | Zied Haddad | Seung Heon Han |

|   | | | |
|---|---|---|---|
|   | Yasuhiro Hara | Yichao Ji | Adam Katz |
|   | Suresh Kolichala | Gaye Larison | Ketzirah Lesser |
|   | Hai Liang | Hae-in Lim | Hanna Lindgren |
|   | Kate MacEwan | Andrew Marcuse | John Mayo-Smith |
|   | John McBain | Michael McKenna | Patrick McNeil |
|   | Naomi Meyer | Yucheng Mo | Chuck Namujila |
|   | Jacqueline Nolis | Jason O'Grady | Manabu Okuhara |
|   | Jokotolu Onile-Ere | Nova Patch | Benjamin Petzuch |
|   | Thomas Phinney | Charles Riley | Ben Rimmington |
|   | Cassidy Robertson | Paul Rodrigues | Leonides Saguisag |
|   | Prashant Sahoo | Javier Santo Domingo | Tanner Schenck |

|  |  |  |
|---|---|---|
| Umamahesh Senagavarapu | Emily Soward | Chad Taylor |
| Evelyn Teo | Melissa Thermidor | Herbert Unger |
| Christopher Varenhorst | Xitong Wei | Wei Xia |
| Fuqiao Xue | Benjamin Yackley |  |

**Student:**

|  |  |  |
|---|---|---|
| Malo Artur | Angel Cheung | Zhe Cui |
| Floris de Bijl | Jonatan Engstad | Avi Ginsberg |
| Lilac Kapul | Kevin Keystone | Moses Mananyi Kupabado |
| Benoît C. Legon | Saradhi Motamarri | T. Nijssen |

|  | Katherine Park | Marcel Pauluk | Alexander Robertson |
|---|---|---|---|

QUICK LINKS

- Unicode Blog
- Unicode Technical Site
- The Unicode Standard
- Code Charts
- UTC Document Register
- CLDR
- ICU
- Calendar of Meetings

MORE LINKS

How to Use this Site

FAQ

Overview

Membership

Follow Us

Contact Unicode

Events

Projects

Legal

CONTACT

The Unicode Consortium

P.O. Box 391476

Mountain View, CA 94039-1476

U.S.A.

+1-408-401-8915

© 1991–2019 Unicode. Inc. All Rights Reserved. Unicode and the Unicode Logo are

registered trademarks of Unicode, Inc. in the U.S. and other countries. Terms of Use and License