# EXHIBIT 3

**Unicode Technical Committee**    Tech Site | Site Map | Search

# UTC Meeting Information and Minutes

This page provides information about recent and upcoming Unicode Technical Committee meetings.

For **logistical information** please click on the location entry for each meeting. Those links provide details about the location of each meeting, driving instructions, and information about accomodations.

Note: During the ongoing COVID-19 pandemic crisis, until further notice, all Unicode Technical Committee meetings are held via video conference. Details for joining the meeting hosted on the Unicode Zoom account are listed on the logistics page for each meeting.

A link to the **agenda** for each meeting is available shortly before the start of each UTC meeting, and links to the **draft minutes** are available shortly after the conclusion of each meeting.

For information on how to submit a proposal for possible consideration at an upcoming UTC meeting, please see How to Submit Proposal Documents. The deadline for submission of proposals for a UTC meeting is always Monday, the week before the start of that meeting.

To provide feedback on currently open Public Review Issues, see the detailed instructions posted on that page. The deadline for Public Review feedback is usually the week before the start of the next UTC meeting, or as posted on the individual PRI page.

See also the Current List of Open Action Items. That list is periodically updated with the current status of action items associated with the UTC.

For a schedule of other related, upcoming meetings, please see the Calendar of Future Meetings and Events. For information about the record of UTC meetings prior to UTC #132 in mid-2012, see Earlier UTC Meetings.

## Recent and Upcoming UTC Meetings

Last updated: *October 5, 2020*

| Meeting | Date | Location | Agenda | Minutes |
|---|---|---|---|---|
| UTC #168 | July 27 & 29, 2021 | Virtual<br>Logistics (Zoom meeting) | | |
| UTC #167 | April 27 & 29, 2021 | Virtual<br>Logistics (Zoom meeting) | | |
| UTC #166 | January 19 & 21, 2021 | Virtual<br>Logistics (Zoom meeting) | | |

| | | | | |
|---|---|---|---|---|
| UTC #165 | October 5 & 7, 2020 | Virtual Logistics (Zoom meeting) | L2/20-236 | L2/20-237 |
| UTC #164 | July 27 & 29, 2020 | Virtual Logistics (Zoom meeting) | L2/20-171 | L2/20-172 |
| UTC #163 | April 28, May 1, 2020 | Virtual Logistics (Zoom meeting) | L2/20-101 | L2/20-102 |
| UTC #162 | January 13 - 16, 2020 | Mountain View, CA Logistics, hotels & directions | L2/20-014 | L2/20-015 |
| UTC #161 | October 7 - 10, 2019 | Sunnyvale, CA Logistics, hotels & directions | L2/19-322 | L2/19-323 |
| UTC #160 | July 23 - 26, 2019 | Redmond, WA Logistics, hotels & directions | L2/19-269 | L2/19-270 |
| UTC #159 | April 30 - May 5, 2019 | San José, CA Logistics, hotels & directions | L2/19-121 | L2/19-122 |
| UTC #158 | January 14 - 17, 2019 | Mountain View, CA Logistics, hotels & directions | L2/19-007 | L2/19-008 |
| UTC #157 | September 17 - 21, 2018 | Sunnyvale, CA Logistics, hotels & directions | L2/18-271 | L2/18-272 |
| UTC #156 | July 23 - 27, 2018 | Redmond, WA Logistics, hotels & directions | L2/18-182 | L2/18-183 |
| UTC #155 | April 30 - May 4, 2018 | San José, CA Logistics, hotels & directions | L2/18-114 | L2/18-115 |
| UTC #154 | January 22 - 25, 2018 | Sunnyvale, CA Logistics, hotels & directions | L2/18-006 | L2/18-007 |
| UTC #153 | October 23 - 27, 2017 | Sunnyvale, CA Logistics, hotels & directions | L2/17-221 | L2/17-362 |
| UTC #152 | July 31 - August 4, 2017 | Redmond, WA Logistics, hotels & directions | L2/17-221 | L2/17-222 |
| UTC #151 | May 8-12, 2017 | San José, CA Logistics, hotels & directions | L2/17-102 | L2/17-103 |

| | | | | |
|---|---|---|---|---|
| UTC #150 | January 23-26, 2017 | Sunnyvale, CA<br>Logistics, hotels & directions | L2/17-015 | L2/17-016 |
| UTC #149 | Nov 7-10, 2016 | San José, CA<br>Logistics, hotels & directions | L2/16-324 | L2/16-325 |
| UTC #148 | August 2-5, 2016 | Redmond, WA<br>Logistics, hotels & directions | L2/16-202 | L2/16-203 |
| UTC #147 | May 9-13, 2016 | San José, CA<br>Logistics, hotels & directions | L2/16-120 | L2/16-121 |
| UTC #146 | January 25-28, 2016 | San José, CA<br>Logistics, hotels & directions | L2/16-003 | L2/16-004 |
| UTC #145 | November 2-5, 2015 | Sunnyvale, CA<br>Logistics, hotels & directions | L2/15-253 | L2/15-254 |
| UTC #144 | July 27-31, 2015 | Redmond, WA<br>Logistics, hotels & directions | L2/15-186 | L2/15-187 |
| UTC #143 | May 5-8, 2015 | San José, CA<br>Logistics, hotels & directions | L2/15-106 | L2/15-107 |
| UTC #142 | February 2-5, 2015 | Mountain View, CA (Google)<br>Logistics, hotels & directions | L2/15-016 | L2/15-017 |
| UTC #141 | October 27-30, 2014 | Sunnyvale, CA<br>Logistics, hotels & directions | L2/14-249 | L2/14-250 |
| UTC #140 | August 5-8, 2014 | Redmond, WA<br>Logistics, hotels & directions | L2/14-176 | L2/14-177 |
| UTC #139 | May 6-9, 2014 | San José, CA<br>Logistics, hotels & directions | L2/14-099 | L2/14-100 |
| UTC #138 | February 3-6, 2014 | North San José, CA<br>Logistics, hotels & directions | L2/14-025 | L2/14-026 |
| UTC #137 | November 4-7, 2013 | Cupertino, CA<br>Logistics, hotels & directions | L2/13-199 | L2/13-200 |

| UTC #136 | July 29 - August 2, 2013 | Redmond, WA  Logistics, hotels & directions | L2/13-131 | L2/13-132 |
| UTC #135 | May 6-10, 2013 | San José, CA  Logistics, hotels, & directions | L2/13-057 | L2/13-058 |
| UTC #134 | January 28 - February 1, 2013 | San José, CA  Logistics, hotels, & directions | L2/13-010 | L2/13-011 |
| UTC #133 | November 5-9, 2012 | Cupertino, CA  Logistics, hotels & directions | L2/12-342 | L2/12-343 |
| UTC #132 | July 30 - August 6, 2012 | Redmond, WA  Logistics, hotels & directions | L2/12-238 | L2/12-239 |
| UTC #131 | May 2012 & earlier | See Earlier UTC Meetings | | |

© 1991–2020 Unicode, Inc. All Rights Reserved.
Unicode and the Unicode Logo are registered trademarks of Unicode, Inc. in the United States and other countries.
Terms of Use