# EXHIBIT 6a

# Shervin Afshar

shervin@shervinafshar.name
`http://www.shervinafshar.name`
(408) 320 - 6210

## SUMMARY

I have built my career around evangelizing for perfection in internationalization and localization. I achieve this through conformance with open standards, like Unicode and the W3C body of standards, as well as culture-aware and locale-sensitive design, implementation, and quality control throughout the whole technology stack.

After all, as the old Mozilla internationalization motto goes, "English is just another language".

## EXPERIENCE

**Localization Engineer** (Los Gatos, CA)

Netflix, Inc., Content Platform Engineering, 2015 (Current)

**Software Localization and Internationalization Engineer** (San Jose, CA)

HighTech Passport, Ltd., 2011 – 2015

- Refactored the existing codebase of individual scripts (in PERL) with high code redundancy to a unit-tested library of common functionalities with a lower defect-per-line ratio. This library is used in customizing the internal localization engineering pipeline and web-based MVC tools.
- Planned and conducted internal and client training sessions on new technologies, tools, and best practices in internationalization. A recent example was consulting Sony Computer Entertainment International on internationalization needs of PS4™ during development of the core operating system, and pre-launch QA and defect triage, and rolling out of online services by Sony Network Entertainment International.
- Bidirectional localization engineering based on directives of Unicode Bidirectional Algorithm for products in Hebrew, Arabic, and Urdu for products of very high visibility (e.g. Yahoo, PayPal, and Dolby Laboratories).
- Researched calendrical calculations for Gregorian, Eastern Orthodox, and Hebrew lunisolar calendar to confirm important dates.
- Communication with Unicode Technical Committee as the representative.
- Using the data from CLDR/ICU for precision and integrity of internationalization practices.
- Internationalization research (calendars, collation, etc) and localizability assessment study for projects.
- Automated sets of localization and internationalization tasks and tests.
- Deployed common TMS/CAT software (Idiom WorldServer, Trados Studio, etc.).
- Preparation of translation kits (markup, externalization, segmentation) and delivery in various formats depending on client requirements.

**Creative Engineer** (Linz, Austria)

Ars Electronica FutureLab, 2008 – 2011

- Consulted the team on use and implementation of Arabic script and typography in media installations.
- Developed a Python framebuffer library for Ars Electronica Center LED media facade suitable for rapid prototyping of project ideas.
- Functional and computer vision development for Hexapod robotic platform in Python.
- Planned and performed the migration of Ars Electronica website from proprietary legacy code in ASP to Wordpress multi-site platform.
- Web development on LAMP for Ars Electronica (`http://www.aec.at`), 80+1 project (`http://www.80plus1.org`), and Austrian Chamber of Commerce (`https://wkoforum.at/`).
- Designed and developed a database-driven plugin for Wordpress for calendar and event management (`http://www.aec.at/center/en/calendar/`).

**Freelance Internationalization Engineer**

HighTech Passport, Ltd., 2009 – 2011

**Technical Translator and Documenter** (Tehran, Iran)

Sharif FarsiWeb, Inc. 2007 – 2008

- Technical writing, translation, and localization QA for packages included with Sharif Linux, a Linux distribution made, customized, and localized for Iranian users.
- Developed technical and legal standards for The Encyclopaedia of Iranian Architectural History focusing on use of Free and Open Source Software (FOSS) and copyleft licensing for the content.
- Consulted Iranian national body, The Institute of Standards & Industrial Research of Iran (ISIRI), on Iran's vote on ISO proposal DIS-29500 (Microsoft OOXML).
- Technical writing for GCompris for Sharif Linux (School Edition).

**Assistant to CTO** (Tehran, Iran)

Kyansoft Co., 2007

- Integrated the bug tracking system with customer-facing issue tracking platform.
- Communicated the client issues and requests to the development team.
- Participated and presented the software to the potential clients in demo sessions.
- Performed A/B testing with selected clients.
- Participated in on-site installation of the software system.

**QA/QC Staff** (Tehran, Iran)

Kyansoft Co., 2006 – 2007

- Implemented and maintained the bug tracking system to replace spreadsheet documents which were previously used for this purpose. Ad-hoc reports for the system contributed to a substantial reduction in cost per defect.
- Developed automated test suites for load and functional testing of the software using TestComplete native scripting and available SDK.
- Performed black/grey box testing of the software.
- Training the QA/QC team for using the bug tracking system.

# EDUCATION

**Sheikh Bahaee University** (Esfahan, Iran)

B.Sc. in Computer Engineering (Software), 2006.

**Linz University of Art and Industrial Design** (Linz, Austria)

M.A. in Interface Culture, 2009 –2011 [unfinished].

# SKILLS & EXPERTISE

**TMS/MT/CAT/L10n**

- SDL Idiom WorldServer/Desktop Workbench;
- Trados Studio 2009/2011 and Multiterm;
- Okapi Framework;
- Proprietary and FOSS Statistical Machine Translation systems;

**Programming**

- PYTHON: My programming language of choice for *almost* any task.
- PERL: Old time favorite. Unprecedented power for string processing. The language of code poets.
- PHP: Most of my web development has been database-driven with PHP. Additionally I have also developed for Wordpress (themes and plugins API) and Mediawiki.

- SQL: I have used SQL on various RDBMS environments (e.g. Oracle 10*g*, SQL Server, MySQL). It was my favorite language in school and for a while I was thinking it is the Holy Grail of programming languages to model everything in the world.
- Java: I use Java where Python falls short; e.g. the best way to work with ICU is ICU4J.
- Html/Css

**Operating Systems**

- Linux
- Mac OS X

**Software Development**

- Version tracking: SVN, Git, Mercurial.
- Bug tracking: Atlassian Jira, Bugzilla, IBM Rational ClearQuest.
- Documentation: Mediawiki, LaTeX, Doxygen.
- CMS: Wordpress, Drupal.

## PUBLICATIONS

Roland Haring, Hideaki Ogawa, Christopher Lindinger, Horst Hörtner, Shervin Afshar, and David Stolarsky. 2010. **The city at hand: media installations as urban information systems**. In Proceedings of the 6th Nordic Conference on Human-Computer Interaction: Extending Boundaries (NordiCHI '10). ACM, New York, NY, USA, 667-670.

Shervin Afshar, **Computer Internetworks Management; Tools, Methods and New Approaches**, B.Sc. final thesis, under the supervision of professor Ahmad Baraani Dastjerdi, 2004 – 2006.

## CONTRIBUTIONS

Member of Unicode Technical Committee (since 2012), CLDR Technical Committee, and Unicode Emoji Sub-committee.

Afshar, Shervin, and Pournader, Roozbeh. **Proposal to Encode Arabic Letter Teh with Small Teh Above for Bravanese** (http://www.unicode.org/L2/L2014/14293r-bravanese-small-teh-above.pdf), 30 October 2014.

Afshar, Shervin, and Pournader, Roozbeh. **Six New Symbols from Chinese Folk Religion** (http://www.unicode.org/L2/L2014/14278r2-folk-symbols.pdf), 30 October 2014.

Afshar, Shervin, and Pournader, Roozbeh. **Emoji and Symbol Additions - Religious Symbols and Structures** (http://www.unicode.org/L2/L2014/14235r3-relig-sym.pdf), 28 October 2014.

Wikipedia: Administrator (2005 – 2007), and the first elected bureaucrat (2006 – 2007) on Persian Wikipedia.

Free Software: Contributed to Persian localization and technical manuals for FOSS applications such as Audacity, Songbird, VLC, and Gimp.

## HONORS & AWARDS

**Stadt der Kulturen** 2010 award (category "social and cultural integration of immigrants") from City of Linz for the interactive installation project "*The Evidence of Things Not Said*" with David Brunnthaler and Henning Schulze.

## LANGUAGES

**Persian**: Native language.
**English**: Full proficiency. Able to speak, write, read, and translate fluently. Scored 107/120 in TOEFL iBT™, June 2012.
**German**: Intermediate proficiency. Passed 400 hours of language education in *Duetsches Sprachinstitute in Teheran*, Goethe Institute in Tehran, 2007 – 2008. Scored 101 in TestAS ("*Test für Ausländische Studierende*").
**Arabic**: Basic proficiency.

✼ *References would be available upon request.*