# EXHIBIT 6b

L2/14-154

# Report on Diversity Emoji Use in iDiversicons and Proposal to Add New Emoji from iDiversicons Collection to Unicode

Katrina Parrot <katrina@idiversicons.com>, Cub Club Investment, LLC.
Shervin Afshar <shervin@shervinafshar.name>, HighTech Passport, Ltd.

## Introduction

This document is a revised version of previously submitted document L2/14-085.

iDiversicons is a mobile app by Cub Club Investment, LLC. and available on iOS and Android devices which allows users to select from a collection of diversity emoji symbols and use those symbols in their communications through email, text-messaging, and Social Media. For more about iDiversicons and its support of emoji, see http://www.idiversicons.com.

The developers of iDiversicons would like to work with the Unicode Technical Committee in an effort to:

- **Interoperability, Interchange, and Input:** Encourage Unicode to advocate that protocol and platform developers work together to provide smoother user interfaces for embedding graphic images in messages of all forms (text messages, email and social media) and a way for developers to supply keyboard-like user interfaces for input of these images that behave like the emoji keyboards from the major players in the mobile technology industry

- **Diversity:** With the current set of people emoji, a single image for any of these emoji characters might be perceived as excluding people who look significantly different from that image. Some way is needed to provide more images for the people emoji (and perhaps more people emoji), as well as a way to provide more control over character appearance for people and body part emoji. Furthermore, the current set of emoji might be seen as having bias in areas such as the selection of symbols with religious associations.

This document is consisted of two parts:

- Part 1: Input on the use cases of ethnically diverse emoji in iDiversicons, mapping existing Unicode emoji to the iDiversicons collection, and feedback regarding future work in Unicode;
- Part 2: Proposal for new additions to the Emoticons or Miscellaneous Symbols and Pictographs block from iDiverisicons collection.

The following charts are referred to throughout the text:

- Chart 1 [Chart1-Mapping.pdf]: Mapping iDiversicons emoji collection to existing Unicode emoji;
- Chart 2 [Chart2-Diversity.pdf]: Feedback Regarding Implementation of Diversity Emoji in iDiversicons;
- Chart 3 [Chart3-AllSubmissions.pdf]: All submitted emoji by iDiversicons for addition to Unicode;
- Chart 4 [Chart4-SuitableSubmissions.pdf]: A subset of submitted emoji by iDiversicons suitable for addition to Unicode.

# Part 1: Feedback

## Analysis

Majority of emoji existing in iDiversison collection can be considered presentation forms of emoji already added to Unicode (as of version 7.0). For this group, in the rest of this document the methodology used by iDiversicons to implement diversity is surveyed, a mapping between various diverse presentation forms and the existing code point is established, and finally a chart of this mapping is generated.

The remaining emoji are those which do not have respective characters in Unicode. Some of these emoji which are fitting the new character addition criteria, a separate proposal for addition can be made by the app developers.

## Surveying the Usage of Diversity Emoji in iDiversicons

The diversity factors used in design of iDiversicons emoji are:

- Skin tone
- Gender
- Skin tone combinations (for emoji with more than one person)
- Clothing

- Hair style
- Complexion
- Color of clothing

From these factors, the first three were selected for the survey.

*Skin tone*

Emoji in iDiversicon collection can be categorized to five major skin tones as follows:

| Skin tone | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Sample | 😊 | 😊 | 😊 | 😊 | 😊 |

An special sixth case is considered for emoji with mixed skin tones:



Although for most diversity emoji it has been tried to provide at least one emoji for each skin tone category, but the frequency distribution of emoji with each specific skin tone to Unicode code point does not seem to follow any specific rule. For a breakdown of frequency distribution, see Chart 2.

*Gender*

Although the coverage is not exhaustive, gender variations exist for some of the relevant emoji in iDiversicons collection of which the following are those which are non-smiley emoji.

| | Name | Male | Female |
|---|---|---|---|
| U+1F46E | police officer | 👮👮👮👮👮 | 👮👮👮👮👮 |
| U+1F477 | construction worker | 👷👷👷👷👷 | 👷👷👷👷👷 |

3

For gender variations for the rest of collection, please see Chart 2.

## Part 2: Proposal

iDiversicons requests the addition of some new emoji to the Emoticons or Miscellaneous Symbols and Pictographs block. The submitted emoji from iDiversicons are listed in Chart 3. From these submissions, there are 46 unique emoji which are tentatively decided as suitable to be proposed for addition. These 46 emoji are listed in in Chart 4.

### Proposed Characters

There are 46 emoji characters proposed below. Those with "?" as code point are characters that the authors could not decide about their code point allocation and would like opinion of the committee on that subject.

| Code point | Image | iDiversicons suggested name | Recommended Unicode name | Notes |
|---|---|---|---|---|
| U+1F3F8 |  | lawyer | office worker | |
| U+1F3F9 |  | businessman | person holding briefcase | |
| ? |  | rosary beads | | |
| ? |  | buddha | | |
| ? |  | new year celebration | | |
| ? |  | cinco de mayo | | |
| ? |  | halloween celebration | | |
| U+1F45C |  | unicorn | | |
| U+1F4FF |  | hand holding smartphone | | |

4

| U+1F3CF | | hand holding steering wheel | | |
|---|---|---|---|---|
| U+1F5A3 | | hand holding videogame controller | | |
| U+1F57A | | remote control | | |
| U+1F54B | | menorah | | |
| ? | | dreidel | | |
| ? | | kinara | | represents Kwanzaa |
| U+1F3FA | | teacher | | |
| ? | | silhouette of Jesus | | |
| U+1F3FF | | preacher | person lecturing | |
| U+1F3FB | | painter | | |
| U+1F3FC | | soldier | | |
| ? | | person singing | | |
| ? | | person wearing headphones | | |
| U+1F3FD | | physician | | |
| U+1F3FE | | nurse | | |
| ? | | person wearing prescription glasses | | |
| ? | | person taking selfie | | |

| ? | | person talking on the phone | | |
|---|---|---|---|---|
| ? | | dap hand gesture | | |
| ? | | fist bump | | |
| ? | | hand slap gesture | | |
| ? | | low five hand gesture | | |
| ? | | high five | | |
| ? | | hook em horns | | UT Austin |
| ? | | hang loose hand gesture | | Hawaiian |
| U+1F37E | | clinking champagne flutes | | |
| U+1F37F | | hotdog | | |
| ? | | thanksgiving | cooked turkey | |
| ? | | handshake | | |
| U+1F45D | | eagle | | |
| U+1F45E | | parrot | | |
| ? | | prince | | |
| ? | | fraternity hand gesture alpha | | |

| ? | | fraternity hand gesture omega psi phi | | |
|---|---|---|---|---|
| ? | | fraternity hand gesture kappa | | |
| ? | | fraternity hand gesture alpha kappa alpha | | |
| ? | | fraternity hand gesture delta | | |

## Properties

```
1F37B;CLINKING CHAMPAGNE FLUTES;So;0;ON;;;;;N;;;;;
1F37F;HOTDOG;So;0;ON;;;;;N;;;;;
1F3CE;HAND HOLDING STEERING WHEEL;So;0;ON;;;;;N;;;;;
1F3F8;OFFICE WORKER;So;0;ON;;;;;N;;;;;
1F3F9;PERSON CARRYING BRIEFCASE;So;0;ON;;;;;N;;;;;
1F3FA;TEACHER;So;0;ON;;;;;N;;;;;
1F3FB;PAINTER;So;0;ON;;;;;N;;;;;
1F3FC;SOLDIER;So;0;ON;;;;;N;;;;;
1F3FD;PHYSICIAN;So;0;ON;;;;;N;;;;;
1F3FE;NURSE;So;0;ON;;;;;N;;;;;
1F3FF;PERSON LECTURING;So;0;ON;;;;;N;;;;;
1F4FF;HAND HOLDING SMARTPHONE;So;0;ON;;;;;N;;;;;
1F54B;MENORAH;So;0;ON;;;;;N;;;;;
1F54C;UNICORN;So;0;ON;;;;;N;;;;;
1F54D;EAGLE;So;0;ON;;;;;N;;;;;
1F54E;PARROT;So;0;ON;;;;;N;;;;;
1F579;REMOTE CONTROL;So;0;ON;;;;;N;;;;;
1F5A3;HAND HOLDING VIDEOGAME CONTROLLER;So;0;ON;;;;;N;;;;;
```

# iDiversicons - Candidates For Addition - Suitable

See a list of all candidates for addition.

| Filename | Image | Suitable for proposal? | iDiversicons suggested name |
|---|---|---|---|
| an_10.png | | Y | lawyer |
| an_11.png | | Y | businessman |
| an_210.png | | Y | rosary beads |
| an_211.png | | Y | buddha |
| an_213.png | | Y | new year celebration |
| an_214.png | | Y | cinco de mayo |
| an_215.png | | Y | halloween celebration |
| an_243.png | | Y | unicorn |
| an_244.png | | Y | hand holding smartphone |
| an_249.png | | Y | hand holding steering wheel |
| an_255.png | | Y | hand holding videogame controller |
| an_256.png | | Y | remote control |

| | | | |
|---|---|---|---|
| an_50.png | | Y | dreidel |
| an_58.png | | Y | menorah |
| an_59.png | | Y | kinara |
| an_7.png | | Y | teacher |
| an_90.png | | Y | silhouette of Jesus |
| an_91.png | | Y | preacher |
| co_14.png | | Y | painter |
| co_20.png | | Y | soldier |
| co_30.png | | Y | person singing |
| fa_107.png | | Y | person wearing headphones |
| fa_20.png | | Y | physician |
| fa_22.png | | Y | nurse |
| fa_40.png | | Y | person wearing prescription glasses |
| fa_85.png | | Y | person taking selfie |
| fa_95.png | | Y | person talking on the phone |

| | | | |
|---|---|---|---|
| | | | |
| ha_10.png | | Y | dap hand gesture |
| ha_11.png | | Y | fist bump |
| ha_12.png | | Y | hand slap gesture |
| ha_13.png | | Y | low five hand gesture |
| ha_25.png | | Y | high five |
| ha_38.png | | Y | hook em horns hand gesture |
| ha_40.png | | Y | hang loose hand gesture |
| ha_65.png | | Y | clinking champagne flutes |
| ha_74.png | | Y | hotdog |
| ha_75.png | | Y | thanksgiving |
| ha_9.png | | Y | handshake |
| an_144.png | | Y | eagle |
| an_242.png | | Y | parrot |
| ri135.png | | Y | prince |

| | | | |
|---|---|---|---|
| so1.png |  | Y | fraternity hand gesture alpha |
| so2.png |  | Y | fraternity hand gesture omega psi phi |
| an_so245.png |  | Y | fraternity hand gesture kappa |
| so6.png |  | Y | fraternity hand gesture alpha kappa alpha |
| so7.png |  | Y | fraternity hand gesture delta |

# iDiversicons - Candidates For Addition to Unicode - All

See a list of candidates suitable for proposal for addition.

| Filename | Image | Suitable for proposal? | Reason not suitable | Codepoint | Codepoint name |
|---|---|---|---|---|---|
| an_10.png | | Y | | | lawyer |
| an_11.png | | Y | | | businessman |
| an_141.png | | N | Exists | 1f42f | |
| an_142.png | | N | Exists | 1f42f | |
| an_145.png | | N | Exists | 1f42f | |
| an_209.png | | N | Exists | 2721 | |
| an_210.png | | Y | | | rosary beads |
| an_211.png | | Y | | | buddha |
| an_212.png | | N | Exists | 262a | |
| an_213.png | | Y | | | new year celebration |
| an_214.png | | Y | | | cinco de mayo |
| an_215.png | | Y | | | halloween celebration |

| an_243.png |  | Y | | | unicorn |
| an_244.png |  | Y | | | hand holding smartphone |
| an_245.png |  | N | Variant of an_244 | | |
| an_246.png |  | N | Variant of an_244 | | |
| an_247.png |  | N | Variant of an_244 | | |
| an_248.png |  | N | Variant of an_244 | | |
| an_249.png |  | Y | | | hand holding steering wheel |
| an_250.png |  | N | Variant of an_250 | | |
| an_251.png |  | N | Variant of an_250 | | |
| an_252.png | | N | Variant of an_250 | | |
| an_253.png |  | N | Variant of an_250 | | |
| an_254.png | | N | Variant of an_255 | | |
| an_255.png | | Y | | | hand holding videogame controller |
| an_256.png | | Y | | | remote control |
| an_49.png | | N | See an_210 | | |
| an_50.png | | Y | | | dreidel |
| an_56.png | | N | Exists | 1f483 | |
| an_58.png |  | Y | | | menorah |
| an_59.png |  | Y | Variant of an_58 | | kinara |

| an_7.png |  | Y | | | teacher |
| an_8.png |  | N | Variant of an_7 | | |
| an_88.png |  | N | Exists | See an_201. Also, 1f4d5. | |
| an_89.png |  | N | Exists | See an_88 | |
| an_9.png |  | N | Variant of an_10 | | |
| an_90.png |  | Y | | | silhouette of Jesus |
| an_91.png |  | Y | | | preacher |
| co_14.png |  | Y | | | painter |
| co_15.png |  | N | Variant of co_14 | | |
| co_16.png |  | N | Variant of co_14 | | |
| co_17.png |  | N | Variant of co_14 | | |
| co_18.png |  | N | Variant of co_14 | | |
| co_19.png |  | N | Variant of co_20 | | |
| co_20.png |  | Y | | | soldier |
| co_23.png |  | N | Variant of co_20 | | |
| co_24.png | | N | Variant of co_20 | | |

| co_25.png | | N | Variant of co_30 | | |
|---|---|---|---|---|---|
| co_29.png | | N | Variant of co_30 | | |
| co_30.png | | Y | | | person singing |
| co_31.png | | N | Variant of co_30 | | |
| co_32.png | | N | Variant of co_30 | | |
| fa_100.png | | N | Variant of fa_107 | | |
| fa_101.png | | N | Variant of fa_107 | | |
| fa_102.png | | N | Variant of fa_107 | | |
| fa_103.png | | N | Variant of fa_107 | | |
| fa_106.png | | N | Variant of fa_107 | | |
| fa_107.png | | Y | | | person wearing headphones |
| fa_108.png | | N | Variant of fa_107 | | |
| fa_109.png | | N | Variant of fa_107 | | |
| fa_110.png | | N | Variant of fa_107 | | |

| | | | | |
|---|---|---|---|---|
| fa_111.png | | N | Variant of fa_107 | |
| fa_114.png | | N | Variant of fa_95 | |
| fa_115.png | | N | Variant of fa_95 | |
| fa_20.png | | Y | | physician |
| fa_21.png | | N | Variant of fa_20 | |
| fa_210.png | | N | Variant of fa_41 | |
| fa_211.png | | N | Variant of fa_41 | |
| fa_212.png | | N | Variant of fa_41 | |
| fa_217.png | | N | Variant of fa_95 | |
| fa_22.png | | Y | | nurse |
| fa_23.png | | N | Variant of fa_22 | |
| fa_40.png | | Y | | person wearing prescription glasses |
| fa_41.png | | N | Variant of fa_40 | |
| fa_42.png | | N | Variant of fa_40 | |

| fa_43.png |  | N | Variant of fa_40 | |
| fa_44.png |  | N | Variant of fa_40 | |
| fa_45.png |  | N | Variant of fa_40 | |
| fa_46.png |  | N | Variant of fa_40 | |
| fa_47.png |  | N | Variant of fa_40 | |
| fa_48.png |  | N | Variant of fa_40 | |
| fa_49.png |  | N | Variant of fa_40 | |
| fa_76.png |  | N | Variant of fa_40 | |
| fa_78.png |  | N | Variant of fa_40 | |
| fa_85.png |  | Y | | person taking selfie |
| fa_86.png |  | N | Variant of fa_85 | |
| fa_87.png |  | N | Variant of fa_85 | |
| fa_88.png |  | N | Variant of fa_85 | |
| fa_89.png |  | N | Variant of fa_85 | |
| fa_90.png |  | N | Variant of fa_85 | |

| fa_91.png | | N | Variant of fa_85 | | |
|---|---|---|---|---|---|
| fa_92.png | | N | Variant of fa_85 | | |
| fa_93.png | | N | Variant of fa_85 | | |
| fa_94.png | | N | Variant of fa_85 | | |
| fa_95.png | | Y | | | person talking on the phone |
| fa_96.png | | N | Variant of fa_95 | | |
| fa_97.png | | N | Variant of fa_95 | | |
| fa_98.png | | N | Variant of fa_95 | | |
| fa_99.png | | N | Variant of fa_95 | | |
| ha_10.png | | Y | | | dap hand gesture |
| ha_11.png | | Y | | | fist bump |
| ha_12.png | | Y | | | hand slap gesture |
| ha_13.png | | Y | | | low five hand gesture |
| ha_24.png | | N | Variant of ha_11 | | |
| ha_25.png | | Y | | | high five |

| ha_26.png | | N | Variant of ha_25 | | |
| ha_27.png | | N | Variant of ha_10 | | |
| ha_28.png | | N | Variant of ha_12 | | |
| ha_29.png | | N | Variant of ha_13 | | |
| ha_30.png | | N | Variant of ha_25 | | |
| ha_38.png | | Y | | | hook em horns hand gesture |
| ha_40.png | | Y | | | hang loose hand gesture |
| ha_43.png | | N | Variant of ha_38 | | |
| ha_45.png | | N | Variant of ha_40 | | |
| ha_5.png | | N | Variant of ha_38 | | |
| ha_57.png | | N | Variant of ha_38 | | |
| ha_6.png | | N | Variant of ha_40 | | |
| ha_61.png | | N | Variant of ha_38 | | |
| ha_63.png | | N | Variant of ha_40 | | |
| ha_64.png | | N | Variant of ha_65 | | |
| ha_65.png | | Y | | | clinking champagne flutes |

| | | | | | |
|---|---|---|---|---|---|
| ha_66.png | | N | Variant of ha_65 | | |
| ha_67.png | | N | Variant of ha_65 | | |
| ha_68.png | | N | Variant of ha_65 | | |
| ha_69.png | | N | Exists | 1f3c0 | |
| ha_70.png | | N | Exists | 1f3c8 | |
| ha_71.png | | N | Variant of ha_70 | | |
| ha_72.png | | N | Variant of ha_69 | | |
| ha_73.png | | N | Similar to 26f3 | 26f3 | |
| ha_74.png | | Y | | | hotdog |
| ha_75.png | | Y | | | thanksgiving |
| ha_9.png | | Y | | | handshake |
| Image-2-2.png | | N | Variant of fa_107 | | |
| Image-3-2.png | | N | Variant of fa_107 | | |
| Image-4-2.png | | N | Variant of fa_22 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Image-5-2.png | | N | Variant of co_30 | | |
| an_144.png | | Y | | | eagle |
| an_242.png | | Y | | | parrot |
| an_62.png | | N | Very similar to 1f620 | | |
| fa_168.png | | N | Very similar to 1f60b | | |
| fa_175.png | | N | Very similar to 1f466 or 1f468 | | |
| fa_180.png | | N | Very similar to 1f466 or 1f468 | | |
| ri135.png | | Y | | | prince |
| so1.png | | Y | | | fraternity hand gesture alpha |
| so2.png | | Y | | | fraternity hand gesture omega psi phi |
| an_so245.png | | Y | | | fraternity hand gesture kappa |
| so6.png | | Y | | | fraternity hand gesture alpha kappa alpha |
| so7.png | | Y | | | fraternity hand gesture delta |

# Feedback Regarding Implementation of Diversity Emoji in "iDiversicons"

This report shows the mapping between Unicode code point for emoji and the equivalant diversity presentation forms in iDiversicons app. Gender and skin tone frequency distribution is also reported.

| Count | Code | Browser | B&W | Name | Count skin tone 1 | Count skin tone 2 | Count skin tone 3 | Count skin tone 4 | Count skin tone 5 | Mixed skin tone variation | Female variation | Male variation | Images |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | U+1F46A | • | 👪 | family | 3 | 1 | 1 | 2 | 1 | ✓ | | | |
| 2 | U+1F46B | • | 👫 | man and woman holding hands | 2 | 1 | 1 | 1 | 1 | ✓ | | | |
| 3 | U+1F3C3 | ☐ | 🏃 | runner | 1 | 1 | 1 | 1 | 1 | | | ♂ | |
| 4 | U+1F46D | ☐ | 👭 | two women holding hands | 2 | 2 | 2 | 1 | 1 | ✓ | | | |
| 5 | U+1F46E | | | police officer | 2 | 2 | 2 | 1 | 3 | | ♀ | ♂ | |

| | | □ |  | | | | | | | | | |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | U+1F48F | □ |  | kiss | 1 | 1 | 0 | 1 | 1 | ✓ | | |  |
| 7 | U+1F603 | □ |  | smiling face with open mouth | 11 | 5 | 6 | 19 | 4 | | ♀ | ♂ |  |
| 8 | U+1F487 | □ |  | haircut | 1 | 1 | 1 | 1 | 1 | | ♀ | |  |
| 9 | U+1F477 | □ |  | construction worker | 2 | 2 | 2 | 1 | 3 | | ♀ | ♂ |  |

| 10 | U+1F476 | ☐ | 👶 | baby | 1 | 1 | 1 | 1 | 1 | | | | |
| 11 | U+1F475 | ☐ | 👵 | older woman | 1 | 1 | 1 | 1 | 1 | | ♀ | | |
| 12 | U+1F46C | ☐ | 👬 | two men holding hands | 2 | 2 | 2 | 0 | 2 | ✓ | | | |
| 13 | U+1F473 | ☐ | 👳 | man with turban | 0 | 0 | 0 | 0 | 1 | | | ♂ | |
| 14 | U+1F601 | ☐ | 😁 | grinning face with smiling eyes | 0 | 0 | 0 | 0 | 0 | | | | |
| 15 | U+1F470 | ☐ | 👰 | bride with veil | 2 | 1 | 1 | 0 | 2 | | ♀ | | |
| 16 | U+1F4AA | ☐ | 💪 | flexed biceps | 1 | 1 | 1 | 1 | 1 | | | | |
| 17 | U+1F491 | ☐ | 💑 | couple with heart | 1 | 1 | 1 | 1 | 1 | | | | |
| 18 | U+1F645 | ☐ | 🙅 | face with no good gesture | 1 | 1 | 1 | 1 | 1 | | ♀ | | |
| 19 | U+1F646 | ☐ | 🙆 | face with ok gesture | 1 | 1 | 1 | 1 | 1 | | | | |
| 20 | U+1F478 | ☐ | 👸 | princess | 3 | 2 | 2 | 2 | 2 | | ♀ | | |

| 21 | U+1F607 | ☐ | 😇 | smiling face with halo | 5 | 3 | 4 | 2 | 7 | | ♀ | ♂ |  |
| 22 | U+270A | ☐ | ✊ | raised fist | 1 | 1 | 1 | 1 | 1 | | | |  |
| 23 | U+1F625 | ☐ | 😥 | disappointed but relieved face | 0 | 0 | 0 | 2 | 0 | | ♀ | ♂ |  |
| 24 | U+1F622 | ☐ | 😢 | crying face | 6 | 3 | 1 | 1 | 3 | | ♀ | ♂ |  |
| 25 | U+261D | ☝ | ☝ | white up pointing index | 1 | 1 | 1 | 1 | 1 | | | |  |
| 26 | U+270C | ✌ | ✌ | victory hand | 1 | 1 | 1 | 1 | 1 | | | |  |
| 27 | U+1F44B | ☐ | 👋 | waving hand sign | 1 | 1 | 1 | 1 | 1 | | | |  |
| 28 | U+1F44C | ☐ | 👌 | ok hand sign | 1 | 1 | 1 | 1 | 1 | | | |  |
| 29 | U+1F6B4 | | | bicyclist | 1 | 1 | 1 | 1 | 1 | | | ♂ | |

| | | ☐ |  | | | | | | | | ♀ | ♂ |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | U+1F44A | ☐ | | fisted hand sign | 1 | 1 | 1 | 1 | 1 | | | | |
| 31 | U+1F44F | ☐ | | clapping hands sign | 1 | 1 | 1 | 1 | 1 | | | | |
| 32 | U+1F44D | ☐ | | thumbs up sign | 1 | 1 | 1 | 1 | 1 | | | | |
| 33 | U+1F44E | ☐ | | thumbs down sign | 1 | 1 | 1 | 1 | 1 | | | | |
| 34 | U+1F60E | ☐ | | smiling face with sunglasses | 6 | 1 | 1 | 10 | 4 | | ♀ | ♂ | |
| 35 | U+1F60F | ☐ | | smirking face | 0 | 0 | 0 | 0 | 0 | | | | |
| 36 | U+1F385 | ☐ | | father christmas | 1 | 0 | 0 | 0 | 1 | | | | |
| 37 | U+1F64B | ☐ | | happy person raising one hand | 1 | 1 | 1 | 1 | 1 | | ♀ | | |
| 38 | U+1F64C | ☐ | | person raising both hands in celebration | 1 | 1 | 1 | 1 | 1 | | | | |

| 39 | U+1F64D | ☐ |  | person frowning | 1 | 1 | 1 | 2 | 1 | | ♀ | ♂ |  |
| 40 | U+1F64E | ☐ |  | person with pouting face | 2 | 2 | 2 | 2 | 2 | | ♀ | |  |
| 41 | U+1F64F | ☐ |  | person with folded hands | 1 | 1 | 1 | 1 | 1 | | | |  |
| 42 | U+1F3CA | ☐ |  | swimmer | 1 | 1 | 1 | 1 | 1 | | | ♂ |  |
| 43 | U+1F618 | ☐ |  | face throwing a kiss | 0 | 1 | 2 | 5 | 2 | | ♀ | ♂ |  |
| 44 | U+270B | ☐ |  | raised hand | 1 | 1 | 1 | 1 | 1 | | | |  |
| 45 | U+1F466 | ☐ |  | boy | 4 | 4 | 3 | 7 | 5 | | | ♂ |  |

| 46 | U+1F467 | ☐ | 👧 | girl | 2 | 1 | 1 | 3 | 2 | | ♀ | | |
| 47 | U+1F468 | ☐ | 👨 | man | 3 | 1 | 1 | 1 | 4 | | | ♂ | |
| 48 | U+1F469 | ☐ | 👩 | woman | 3 | 3 | 3 | 4 | 5 | | ♀ | ♂ | |
| 49 | U+263A | ☺ | ☺ | white smiling face | 3 | 0 | 0 | 9 | 0 | | ♀ | | |
| 50 | U+1F483 | ☐ | 💃 | dancer | 2 | 2 | 2 | 5 | 2 | | ♀ | ♂ | |

| 51 | U+1F6B5 | ☐ | | mountain bicyclist | 1 | 1 | 1 | 1 | 1 | | ♂ |  |
| 52 | U+1F481 | ☐ | | information desk person | 1 | 1 | 1 | 1 | 1 | | ♀ | |  |
| 53 | U+1F448 | ☐ | | white left pointing backhand index | 1 | 1 | 1 | 1 | 1 | | |  |
| 54 | U+1F449 | ☐ | | white right pointing backhand index | 1 | 1 | 1 | 1 | 1 | | |  |
| 55 | U+1F442 | ☐ | | ear | 1 | 1 | 1 | 1 | 1 | | |  |
| 56 | U+1F443 | ☐ | | nose | 1 | 1 | 1 | 1 | 1 | | |  |
| 57 | U+1F446 | ☐ | | white up pointing backhand index | 1 | 1 | 1 | 1 | 1 | | |  |
| 58 | U+1F447 | ☐ | | white down pointing backhand index | 1 | 1 | 1 | 1 | 1 | | |  |
| 59 | U+1F486 | ☐ | | face massage | 1 | 1 | 1 | 1 | 1 | | ♀ |  |
| 60 | U+1F474 | ☐ | | older man | 1 | 1 | 1 | 2 | 1 | | ♂ |  |
| 61 | U+1F647 | ☐ | | person bowing deeply | 1 | 1 | 1 | 1 | 1 | | ♂ |  |
| 62 | U+1F6B6 | | | pedestrian | 1 | 1 | 1 | 1 | 1 | | ♂ | |

| | | ☐ | 🚶 | | | | | | | | | | 🚶🚶🚶🚶🚶 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | U+1F62F | ☐ | 😯 | hushed face | 1 | 0 | 0 | 0 | 0 | | | | 😶 |

# Mapping "iDiversicons" to Unicode Emoji

This report shows the mapping between Unicode code point for emoji and the equivalant presentation forms in iDiversicons app. Gender and skin tone frequency distribution is also reported..

| Count | Code | Browser | B&W | Name | Count skin tone 1 | Count skin tone 2 | Count skin tone 3 | Count skin tone 4 | Count skin tone 5 | Mixed skin tone variation | Female variation | Male variation | Images |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | U+270A | • | | raised fist | 1 | 1 | 1 | 1 | 1 | | | | |
| 2 | U+1F645 | • | | face with no good gesture | 1 | 1 | 1 | 1 | 1 | | ♀ | | |
| 3 | U+1F646 | ☐ | | face with ok gesture | 1 | 1 | 1 | 1 | 1 | | | | |
| 4 | U+1F647 | ☐ | | person bowing deeply | 1 | 1 | 1 | 1 | 1 | | | ♂ | |
| 5 | U+1F454 | ☐ | | necktie | 0 | 0 | 0 | 0 | 0 | | | | |
| 6 | U+1F457 | ☐ | | dress | 0 | 0 | 0 | 0 | 0 | | | | |
| 7 | U+1F44B | ☐ | | waving hand sign | 1 | 1 | 1 | 1 | 1 | | | | |
| 8 | U+1F44C | ☐ | | ok hand sign | 1 | 1 | 1 | 1 | 1 | | | | |
| 9 | U+1F6B4 | ☐ | | bicyclist | 1 | 1 | 1 | 1 | 1 | | | ♂ | |
| 10 | U+1F44A | | | fisted hand | 1 | 1 | 1 | 1 | 1 | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | | sign | | | | | | | | |
| 11 | U+1F44F | ☐ | | clapping hands sign | 1 | 1 | 1 | 1 | 1 | | | |
| 12 | U+1F44D | ☐ | | thumbs up sign | 1 | 1 | 1 | 1 | 1 | | | |
| 13 | U+1F44E | ☐ | | thumbs down sign | 1 | 1 | 1 | 1 | 1 | | | |
| 14 | U+1F64B | ☐ | | happy person raising one hand | 1 | 1 | 1 | 1 | 1 | ♀ | | |
| 15 | U+1F64C | ☐ | | person raising both hands in celebration | 1 | 1 | 1 | 1 | 1 | | | |
| 16 | U+1F64D | ☐ | | person frowning | 1 | 1 | 1 | 2 | 1 | ♀ | ♂ | |
| 17 | U+1F64E | ☐ | | person with pouting face | 2 | 2 | 2 | 2 | 2 | ♀ | | |
| 18 | U+1F64F | ☐ | | person with folded hands | 1 | 1 | 1 | 1 | 1 | | | |
| 19 | U+1F3B8 | ☐ | | guitar | 0 | 0 | 0 | 0 | 0 | | | |
| 20 | U+1F4B8 | ☐ | | money with wings | 0 | 0 | 0 | 0 | 0 | | | |
| 21 | U+1F448 | ☐ | | white left pointing | 1 | 1 | 1 | 1 | 1 | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | |  | backhand index | | | | | | | |  |
| 22 | U+1F449 | ☐ |  | white right pointing backhand index | 1 | 1 | 1 | 1 | 1 | | |  |
| 23 | U+1F442 | ☐ |  | ear | 1 | 1 | 1 | 1 | 1 | | |  |
| 24 | U+1F443 | ☐ |  | nose | 1 | 1 | 1 | 1 | 1 | | |  |
| 25 | U+1F440 | ☐ |  | eyes | 0 | 0 | 0 | 0 | 0 | | |  |
| 26 | U+1F446 | ☐ |  | white up pointing backhand index | 1 | 1 | 1 | 1 | 1 | | |  |
| 27 | U+1F447 | ☐ |  | white down pointing backhand index | 1 | 1 | 1 | 1 | 1 | | |  |
| 28 | U+1F607 | ☐ |  | smiling face with halo | 5 | 3 | 4 | 2 | 7 | ♀ | ♂ |  |
| 29 | U+1F45E | ☐ |  | mans shoe | 0 | 0 | 0 | 0 | 0 | | |  |
| 30 | U+1F45F | | | athletic shoe | 0 | 0 | 0 | 0 | 0 | | | |

| | | ☐ |  | | | | | | | | | |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | U+1F3C0 | ☐ | 🏀 | basketball and hoop | 0 | 0 | 0 | 0 | 0 | | | |  |
| 32 | U+1F46A | ☐ | 👪 | family | 3 | 1 | 1 | 2 | 1 | ✓ | | |  |
| 33 | U+1F46B | ☐ | 👫 | man and woman holding hands | 2 | 1 | 1 | 1 | 1 | ✓ | | |  |
| 34 | U+1F3C3 | ☐ | 🏃 | runner | 1 | 1 | 1 | 1 | 1 | | | ♂ |  |
| 35 | U+1F46D | ☐ | 👭 | two women holding hands | 2 | 2 | 2 | 1 | 1 | ✓ | | |  |
| 36 | U+1F46E | ☐ | 👮 | police officer | 2 | 2 | 2 | 1 | 3 | | ♀ | ♂ |  |
| 37 | U+1F3C6 | ☐ | 🏆 | trophy | 0 | 0 | 0 | 0 | 0 | | | |  |
| 38 | U+1F3C8 | ☐ | 🏈 | american football | 0 | 0 | 0 | 0 | 0 | | | |  |

| # | Unicode | | | Name | | | | | | | | ♀ | ♂ | |
|---|---------|---|---|------|---|---|---|---|---|---|---|---|---|---|
| 39 | U+1F477 | ☐ | | construction worker | 2 | 2 | 2 | 1 | 3 | | | ♀ | ♂ | |
| 40 | U+1F476 | ☐ | | baby | 1 | 1 | 1 | 1 | 1 | | | | | |
| 41 | U+1F475 | ☐ | | older woman | 1 | 1 | 1 | 1 | 1 | | | ♀ | | |
| 42 | U+1F474 | ☐ | | older man | 1 | 1 | 1 | 2 | 1 | | | | ♂ | |
| 43 | U+1F473 | ☐ | | man with turban | 0 | 0 | 0 | 0 | 1 | | | | ♂ | |
| 44 | U+1F470 | ☐ | | bride with veil | 2 | 1 | 1 | 0 | 2 | | | ♀ | | |
| 45 | U+1F478 | ☐ | | princess | 3 | 2 | 2 | 2 | 2 | | | ♀ | | |
| 46 | U+1F378 | ☐ | | cocktail glass | 0 | 0 | 0 | 0 | 0 | | | | | |
| 47 | U+1F608 | ☐ | | smiling face with horns | 0 | 0 | 0 | 0 | 0 | | | | | |
| 48 | U+1F625 | ☐ | | disappointed but relieved face | 0 | 0 | 0 | 2 | 0 | | | ♀ | ♂ | |
| 49 | U+1F622 | | | crying face | 6 | 3 | 1 | 1 | 3 | | | ♀ | ♂ | |

| | | ☐ | 😖 | | | | | | | | |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | U+1F623 | ☐ | 😣 | persevering face | 0 | 0 | 0 | 0 | 0 | | | |  |
| 51 | U+270C | ✌ | ✌ | victory hand | 1 | 1 | 1 | 1 | 1 | | | |  |
| 52 | U+1F61A | ☐ | 😚 | kissing face with closed eyes | 0 | 0 | 0 | 0 | 0 | | | |  |
| 53 | U+270B | ☐ | ✋ | raised hand | 1 | 1 | 1 | 1 | 1 | | | |  |
| 54 | U+1F383 | ☐ | 🎃 | jack-o-lantern | 0 | 0 | 0 | 0 | 0 | | | |  |
| 55 | U+1F382 | ☐ | 🎂 | birthday cake | 0 | 0 | 0 | 0 | 0 | | | |  |
| 56 | U+1F385 | ☐ | 🎅 | father christmas | 1 | 0 | 0 | 0 | 1 | | | |  |
| 57 | U+1F384 | ☐ | 🎄 | christmas tree | 0 | 0 | 0 | 0 | 0 | | | |  |
| 58 | U+1F388 | ☐ | 🎈 | balloon | 0 | 0 | 0 | 0 | 0 | | | |  |
| 59 | U+1F460 | ☐ | 👠 | high-heeled shoe | 0 | 0 | 0 | 0 | 0 | | | |  |
| 60 | U+1F3CA | ☐ | 🏊 | swimmer | 1 | 1 | 1 | 1 | 1 | | | ♂ |  |
| 61 | U+1F466 | | | boy | 4 | 4 | 3 | 7 | 5 | | | ♂ | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | | | | | | | | | |  |
| 62 | U+1F467 | ☐ | | girl | 2 | 1 | 1 | 3 | 2 | | ♀ | |  |
| 63 | U+1F468 | ☐ | | man | 3 | 1 | 1 | 1 | 4 | | | ♂ |  |
| 64 | U+1F469 | ☐ | | woman | 3 | 3 | 3 | 4 | 5 | | ♀ | ♂ |  |
| 65 | U+1F514 | ☐ | | bell | 0 | 0 | 0 | 0 | 0 | | | |  |
| 66 | U+1F618 | ☐ | | face throwing a kiss | 0 | 1 | 2 | 5 | 2 | | ♀ | ♂ |  |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| 67 | U+26BD | ☐ | ⚽ | soccer ball | 0 | 0 | 0 | 0 | 0 | | | |
| 68 | U+1F697 | ☐ | 🚗 | automobile | 0 | 0 | 0 | 0 | 0 | | | |
| 69 | U+1F62F | ☐ | 😯 | hushed face | 1 | 0 | 0 | 0 | 0 | | | |
| 70 | U+1F37B | ☐ | 🍻 | clinking beer mugs | 0 | 0 | 0 | 0 | 0 | | | |
| 71 | U+1F393 | ☐ | 🎓 | graduation cap | 0 | 0 | 0 | 0 | 0 | | | |
| 72 | U+1F48F | ☐ | 💏 | kiss | 1 | 1 | 0 | 1 | 1 | ✓ | | |
| 73 | U+1F48D | ☐ | 💍 | ring | 0 | 0 | 0 | 0 | 0 | | | |
| 74 | U+1F46C | ☐ | 👬 | two men holding hands | 2 | 2 | 2 | 0 | 2 | ✓ | | |
| 75 | U+262F | ☯ | ☯ | yin yang | 0 | 0 | 0 | 0 | 0 | | | |
| 76 | U+1F601 | ☐ | 😁 | grinning face with smiling eyes | 0 | 0 | 0 | 0 | 0 | | | |
| 77 | U+1F603 | ☐ | 😃 | smiling face with open mouth | 11 | 5 | 6 | 19 | 4 | | ♀ | ♂ |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |  |
| 78 | U+1F494 | ☐ | 💔 | broken heart | 0 | 0 | 0 | 0 | 0 | | | | 💗 |
| 79 | U+1F491 | ☐ | | couple with heart | 1 | 1 | 1 | 1 | 1 | | | |  |
| 80 | U+1F490 | ☐ | | bouquet | 0 | 0 | 0 | 0 | 0 | | | |  |
| 81 | U+1F46F | ☐ | | woman with bunny ears | 1 | 1 | 1 | 1 | 1 | | | |  |
| 82 | U+1F413 | ☐ | | rooster | 0 | 0 | 0 | 0 | 0 | | | |  |
| 83 | U+1F60E | ☐ | 😎 | smiling face with sunglasses | 6 | 1 | 1 | 10 | 4 | | ♀ | ♂ |  |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |  |
| 84 | U+1F60F | ☐ | 😏 | smirking face | 0 | 0 | 0 | 0 | 0 | | |  |
| 85 | U+1F60B | ☐ | 😋 | face savouring delicious food | 1 | 0 | 0 | 0 | 0 | | |  |
| 86 | U+1F49C | ☐ | 💜 | purple heart | 0 | 0 | 0 | 0 | 0 | | |  |
| 87 | U+1F6B6 | ☐ | 🚶 | pedestrian | 1 | 1 | 1 | 1 | 1 | | ♂ |  |
| 88 | U+261D | ☝ | ☝ | white up pointing index | 1 | 1 | 1 | 1 | 1 | | |  |
| 89 | U+1F486 | ☐ | 💆 | face massage | 1 | 1 | 1 | 1 | 1 | ♀ | |  |
| 90 | U+1F487 | ☐ | 💇 | haircut | 1 | 1 | 1 | 1 | 1 | ♀ | |  |
| 91 | U+1F485 | ☐ | 💅 | nail polish | 1 | 1 | 1 | 1 | 1 | | |  |
| 92 | U+1F483 | ☐ | 💃 | dancer | 2 | 2 | 2 | 5 | 2 | ♀ | ♂ |  |

| 93 | U+1F481 | ☐ |  | information desk person | 1 | 1 | 1 | 1 | 1 | | ♀ | |  |
| 94 | U+1F6B5 | ☐ |  | mountain bicyclist | 1 | 1 | 1 | 1 | 1 | | | ♂ |  |
| 95 | U+1F339 | ☐ |  | rose | 0 | 0 | 0 | 0 | 0 | | | |  |
| 96 | U+1F431 | ☐ |  | cat face | 0 | 0 | 0 | 0 | 0 | | | |  |
| 97 | U+1F430 | ☐ |  | rabbit face | 0 | 0 | 0 | 0 | 0 | | | |  |
| 98 | U+1F436 | ☐ |  | dog face | 0 | 0 | 0 | 0 | 0 | | | |  |
| 99 | U+1F434 | ☐ |  | horse face | 0 | 0 | 0 | 0 | 0 | | | |  |
| 100 | U+1F42F | ☐ |  | tiger face | 0 | 0 | 0 | 0 | 0 | | | |  |
| 101 | U+1F4AA | ☐ |  | flexed biceps | 1 | 1 | 1 | 1 | 1 | | | |  |
| 102 | U+1F37D | ☐ |  | fork and knife with plate | 0 | 0 | 0 | 0 | 0 | | | |  |
| 103 | U+263A | ☺ |  | white smiling face | 3 | 0 | 0 | 9 | 0 | | ♀ | |  |
| 104 | U+26F3 | ☐ |  | flag in hole | 0 | 0 | 0 | 0 | 0 | | | |  |