# EXHIBIT 7a



MAIN    ARTWORK    UI DESIGN    FILM    IDENTITY    ME

# RECENT UI DESIGN WORK:



**FACEBOOK EMOJI V2**



**FACEBOOK EMOJI V3**



**GARAGEBAND- CHINESE INSTRUMENTS**



**GARAGEBAND- TAIKO DRUMS**



**User Interface Designer, Mac OS X** (2012-2015)

Provided icons and required artwork for various Mac OS X and iOS projects.

**User Interface Designer, iLife** (2003-2012)

Longest-serving team member contributing to all aspects of visual and user experience design for the award-winning iLife application suite (iTunes, iPhoto, iMovie, iDVD, and GarageBand). Provided interaction design support, custom icons, and user interface elements for various iLife components and UI elements, including layouts, templates, and human interface specifications. Lead designer for GarageBand (2004-2013) on both Desktop and iOS.

**Visual Interface Designer, Mac OS X Server** (1999-2003)

Responsible for all visual design support for Server team. Developed and maintained a visual program to unify the Server product suite and fit within the Aqua aesthetic. Provided icons, custom widgets, and required artwork. Provided interaction design support for various Server components and UI elements, including layouts, templates, and human interface specifications.

**PATENTS GRANTED**

Matt Evans: *Methods and systems for providing musical interfaces*. Apple Inc. October 27, 2009:

US 7608775

Matt Evans, Timothy E. Wasko: *Methods and systems for providing musical interfaces*. Apple Inc. November 18, 2008: US 7453035

Matt Evans, Ole Lagemann, John Danty, Jan-Hinnerk Helms, Gerhard Lengeling, Alexander Soren, Timothy Benjamin Martin, Stefan Pillhofer: *Digital audio processor*. Apple Inc. August 28, 2012: US 8255069

Stefan Pillhofer, Jan-Hinnerk Helms, Gerhard Lengeling, Alexander Soren, Alexander Harry Little, John Danty, Timothy B. Martin, Matt Evans, Ole Lagemann: *Musical instruction and assessment systems*. Apple Inc. December 25, 2012: US 8338684

John Danty, Jan-Hinnerk Helms, Gerhard Lengeling, Alexander Soren, Matt Evans: *Recording and selecting a region of a media track*. Apple, Inc. April 1, 2014: US 8686273

Stefan Pillhofer, Jan-Hinnerk Helms, Gerhard Lengeling, Alexander Soren, Alexander Harry Little, John Danty, Timothy B. Martin, Matt Evans, Ole Lagemann: *Musical instruction and assessment systems*. Apple Inc. July 22, 2014: US 8785757

Joshua Fagans, Timothy B. Martin, Matt Evans: *User configurable quick groups*. Apple Inc. September 4, 2018: US 10067657B2

**PATENTS PENDING**

Elizabeth Caroline Furches Cranfill, David Heller, Jeffrey Robbin, Alan C. Cannistraro, William Martin Bachman, Timothy B. Martin, Matt Evans, Joe R. Howard: *Electronic text manipulation and display*. US Patent Application 20130232409, filed March 25, 2013. Patent Pending.

Ralf Weber, Adrian Diaconu, Timothy B. Martin, William M. Bachman, Thomas M. Alsina, Reed E. Martin, Matt Evans: *Concurrently displaying a drop zone editor with a menu editor during the creation of a multimedia device*. US Patent Application 20120166981, filed February 24, 2012. Patent Pending.

Matt Evans, Ole Lagemann, John Danty, Jan-Hinnerk Helms, Gerhard Lengeling, Alexander Soren, Timothy Benjamin Martin, Stefan Pillhofer: *Method and system to process digital audio data*. US Patent Application 20090044122, filed August 6, 2007. Patent Pending.

Matt Evans, Ole Lagemann, John Danty, Jan-Hinnerk Helms, Gerhard Lengeling, Alexander Soren, Timothy Benjamin Martin, Stefan Pillhofer: *Digital audio processor*. US Patent Application 20090043410, filed August 6, 2007. Patent Pending.

John Danty, Jan-Hinnerk Helms, Gerhard Lengeling, Alexander Soren, Matt Evans: *Recording and selecting an audio region*. US Patent Application 20090043589, filed August 6, 2007. Patent Pending.

John Danty, Matt Evans, Kerstin Heitmann, Jan-Hinnerk Helms, Ole Lagemann, Thorsten Quandt,

Alexander Soren, Jeffrey Wesley Taylor:

*Syndicated audio authoring*. US Patent Application 20070162839, filed January 9, 2006.

Patent Pending.

Ralf Weber, Thomas Matthieu Alsina, Adrian Diaconu, Timothy Martin, Matt Evans:

*Automated multimedia authoring*. US Patent Application 20070162857, filed January 6, 2006.

Patent Pending.

Powered by Squarespace



MAIN     ARTWORK     UI DESIGN     FILM     IDENTITY     ME



### MATT EVANS

I've been creating art since I was old enough to hold crayons and clay. My life-long pursuit of creative expression has also been marked by a deep love of variety. Though I'm classically trained as a fine artist, I had a successful, 15-year career as a UI designer for Apple Computer, leaving me equally comfortable with Photoshop and acrylic paint. Over the years I've explored everything from puppets to animation. My artistic interests are varied and I often find ways to combine them, honing a range of skills that ultimately support one another. I'm always intrigued by novel and interesting projects.

CONTACT ME

Case 6:20-cv-00856-ADA-JCM   Document 21-12   Filed 11/24/20   Page 8 of 8

Powered by Squarespace