# EXHIBIT 7b



**California Secretary of State**
Electronic Filing



FILED
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | GRAFIK MYTHOS INC |
| Entity (File) Number: | C4577868 |
| File Date: | 05/29/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GF92548 |

## Detailed Filing Information

1. Entity Name: GRAFIK MYTHOS INC

2. Business Addresses:
   a. Street Address of Principal Office in California:
      ▮
      SAN FRANCISCO, California ▮
      United States of America

   b. Mailing Address:
      ▮
      SAN FRANCISCO, California ▮
      United States of America

   c. Street Address of Principal Executive Office:
      ▮
      SAN FRANCISCO, California ▮
      United States of America

3. Officers:
   a. Chief Executive Officer: MATTHEW EVANS
      ▮
      SAN FRANCISCO, California ▮
      United States of America

   b. Secretary: MATTHEW EVANS
      ▮
      SAN FRANCISCO, California ▮
      United States of America



Document ID: GF92548

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:    MATTHEW EVANS

        SAN FRANCISCO, California
        United States of America

4.  Director:    MATTHEW EVANS

        SAN FRANCISCO, California
        United States of America

    Number of Vacancies on the Board of Directors:    0

5.  Agent for Service of Process:    MATTHEW EVANS

        SAN FRANCISCO, California
        United States of America

6.  Type of Business:    GRAPHIC ARTS

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    MATTHEW EVANS

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GF92548