# EXHIBIT 8a

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

# 2019

# CALENDAR YEAR REPORT

## HONORABLE ORLANDO L. GARCIA
## CHIEF UNITED STATES DISTRICT JUDGE

# Calendar Year 2019
# District Court Statistics

## Reports by Division

Total Case Filings – Pie Chart ................................................................. 1
Civil Cases Filed – Pie Chart ................................................................. 2
Criminal Cases Filed – Pie Chart ................................................................. 3
Criminal Defendants Filed – Pie Chart ................................................................. 4
Total Case Filings – 10 Year Report ................................................................. 5
Civil Cases Filed – 10 Year Report ................................................................. 6
Criminal Cases Filed – 10 Year Report ................................................................. 7
Criminal Defendants Filed – 10 Year Report ................................................................. 8
Civil/Criminal Cases Filed by Division – 10 Year Report
- Austin ................................................................. 9
- Del Rio ................................................................. 10
- El Paso ................................................................. 11
- Midland ................................................................. 12
- Pecos ................................................................. 13
- San Antonio ................................................................. 14
- Waco ................................................................. 15

# TOTAL CASE FILINGS
## CALENDAR YEAR 2019

|  | CIVIL | CRIMINAL | TOTAL |
|---|---|---|---|
| **Austin** | 1,186 | 254 | 1,440 |
| **Del Rio** | 78 | 3,229 | 3,307 |
| **El Paso** | 332 | 3,992 | 4,324 |
| **Midland** | 290 | 244 | 534 |
| **Pecos** | 64 | 875 | 939 |
| **San Antonio** | 1,516 | 580 | 2,096 |
| **Waco** | 708 | 279 | 987 |
| **TOTAL** | 4,174 | 9,453 | 13,627 |



# CIVIL CASES FILED
## CALENDAR YEAR 2019

| | |
|---|---|
| Austin | 1,186 |
| Del Rio | 78 |
| El Paso | 332 |
| Midland | 290 |
| Pecos | 64 |
| San Antonio | 1,516 |
| Waco | 708 |
| TOTAL | 4,174 |



# CRIMINAL CASES FILED
## CALENDAR YEAR 2019

| | |
|---|---|
| Austin | 254 |
| Del Rio | 3,229 |
| El Paso | 3,992 |
| Midland | 244 |
| Pecos | 875 |
| San Antonio | 580 |
| Waco | 279 |
| TOTAL | 9,453 |



# CRIMINAL DEFENDANTS FILED
## CALENDAR YEAR 2019

| | |
|---|---|
| **Austin** | **346** |
| **Del Rio** | **3,457** |
| **El Paso** | **4,290** |
| **Midland** | **311** |
| **Pecos** | **1,020** |
| **San Antonio** | **769** |
| **Waco** | **339** |
| **TOTAL** | **10,532** |



# TOTAL CASE FILINGS
## TEN YEAR REPORT - CALENDAR YEAR 2019

| DIVISION | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Austin | 1,699 | 1,679 | 1,503 | 1,542 | 1,413 | 1,511 | 1,584 | 1,540 | 1,421 | 1,440 |
| Del Rio | 1,776 | 2,198 | 1,793 | 1,553 | 1,676 | 1,586 | 1,792 | 1,475 | 2,843 | 3,307 |
| El Paso | 3,577 | 3,424 | 3,207 | 3,015 | 2,690 | 2,510 | 2,639 | 2,921 | 3,897 | 4,324 |
| Midland | 464 | 531 | 409 | 429 | 390 | 479 | 658 | 507 | 524 | 534 |
| Pecos | 493 | 553 | 571 | 558 | 609 | 530 | 613 | 433 | 932 | 939 |
| San Antonio | 1,785 | 1,807 | 1,951 | 1,807 | 1,749 | 1,689 | 1,849 | 1,953 | 1,990 | 2,096 |
| Waco | 589 | 526 | 585 | 617 | 677 | 545 | 655 | 573 | 633 | 987 |
| Total | 10,383 | 10,718 | 10,019 | 9,521 | 9,204 | 8,850 | 9,790 | 9,402 | 12,240 | 13,627 |
| +/- | | 335 | -699 | -498 | -317 | -354 | 940 | -388 | 2,838 | 1,387 |
| % Change | | 3% | -7% | -5% | -3% | -4% | 11% | -4% | 30% | 11% |



# CIVIL CASES FILED
## TEN YEAR REPORT - CALENDAR YEAR 2019

| DIVISION | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Austin | 963 | 1,047 | 1,087 | 1,062 | 1,098 | 1,211 | 1,291 | 1,172 | 1,080 | 1,186 |
| Del Rio | 66 | 61 | 73 | 85 | 85 | 120 | 183 | 72 | 64 | 78 |
| El Paso | 454 | 510 | 481 | 400 | 453 | 388 | 502 | 372 | 366 | 332 |
| Midland | 151 | 121 | 124 | 127 | 130 | 243 | 405 | 267 | 254 | 290 |
| Pecos | 101 | 138 | 134 | 79 | 92 | 66 | 93 | 59 | 46 | 64 |
| San Antonio | 1,007 | 1,059 | 1,141 | 1,112 | 1,094 | 1,141 | 1,296 | 1,268 | 1,337 | 1,516 |
| Waco | 338 | 292 | 335 | 396 | 481 | 377 | 479 | 359 | 360 | 708 |
| Total | 3,080 | 3,228 | 3,375 | 3,261 | 3,433 | 3,546 | 4,249 | 3,569 | 3,507 | 4,174 |
| +/- | | 148 | 147 | -114 | 172 | 113 | 703 | -680 | -62 | 667 |
| % Change | | 5% | 5% | -3% | 5% | 3% | 20% | -16% | -2% | 19% |



# CRIMINAL CASES FILED
## TEN YEAR REPORT - CALENDAR YEAR 2019

| DIVISION | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Austin | 736 | 632 | 416 | 480 | 315 | 300 | 293 | 368 | 341 | 254 |
| Del Rio | 1,710 | 2,137 | 1,720 | 1,468 | 1,591 | 1,466 | 1,609 | 1,403 | 2,779 | 3,229 |
| El Paso | 3,123 | 2,914 | 2,726 | 2,615 | 2,237 | 2,122 | 2,137 | 2,549 | 3,531 | 3,992 |
| Midland | 313 | 410 | 285 | 302 | 260 | 236 | 253 | 240 | 270 | 244 |
| Pecos | 392 | 415 | 437 | 479 | 517 | 464 | 520 | 374 | 886 | 875 |
| San Antonio | 778 | 748 | 810 | 695 | 655 | 548 | 553 | 685 | 653 | 580 |
| Waco | 251 | 234 | 250 | 221 | 196 | 168 | 176 | 214 | 273 | 279 |
| Total | 7,303 | 7,490 | 6,644 | 6,260 | 5,771 | 5,304 | 5,541 | 5,833 | 8,733 | 9,453 |
| +/- | | 187 | -846 | -384 | -489 | -467 | 237 | 292 | 2,900 | 720 |
| % Change | | 3% | -11% | -6% | -8% | -8% | 4% | 5% | 50% | 8% |



# CRIMINAL DEFENDANTS FILED
## TEN YEAR REPORT - CALENDAR YEAR 2019

| DIVISION | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Austin | 843 | 807 | 554 | 625 | 401 | 356 | 383 | 443 | 457 | 346 |
| Del Rio | 2,021 | 2,404 | 1,891 | 1,570 | 1,724 | 1,646 | 1,747 | 1,509 | 2,893 | 3,457 |
| El Paso | 3,447 | 3,227 | 2,973 | 2,845 | 2,464 | 2,383 | 2,365 | 2,770 | 3,733 | 4,290 |
| Midland | 488 | 597 | 383 | 417 | 369 | 370 | 367 | 305 | 353 | 311 |
| Pecos | 623 | 631 | 661 | 624 | 664 | 619 | 764 | 522 | 1,072 | 1,020 |
| San Antonio | 987 | 964 | 1,022 | 909 | 864 | 701 | 763 | 935 | 779 | 769 |
| Waco | 329 | 308 | 297 | 279 | 267 | 195 | 237 | 240 | 357 | 339 |
| Total | 8,738 | 8,938 | 7,781 | 7,269 | 6,753 | 6,270 | 6,626 | 6,724 | 9,644 | 10,532 |
| +/- | | 200 | -1,157 | -512 | -516 | -483 | 356 | 98 | 2,920 | 888 |
| % Change | | 2% | -13% | -7% | -7% | -7% | 6% | 1% | 43% | 9% |



# CIVIL/CRIMINAL CASE FILINGS - AUSTIN
## TEN YEAR REPORT - CALENDAR YEAR 2019

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 963 | 1,047 | 1,087 | 1,062 | 1,098 | 1,211 | 1,291 | 1,172 | 1,080 | 1,186 |
| Criminal | 736 | 632 | 416 | 480 | 315 | 300 | 293 | 368 | 341 | 254 |
| Total | 1,699 | 1,679 | 1,503 | 1,542 | 1,413 | 1,511 | 1,584 | 1,540 | 1,421 | 1,440 |
| +/- |  | -20 | -176 | 39 | -129 | 98 | 73 | -44 | -119 | 19 |
| % Change |  | -1% | -10% | 3% | -8% | 7% | 5% | -3% | -8% | 1% |



# CIVIL/CRIMINAL CASE FILINGS - DEL RIO
## TEN YEAR REPORT - CALENDAR YEAR 2019

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 66 | 61 | 73 | 85 | 85 | 120 | 183 | 72 | 64 | 78 |
| Criminal | 1,710 | 2,137 | 1,720 | 1,468 | 1,591 | 1,466 | 1,609 | 1,403 | 2,779 | 3,229 |
| Total | 1,776 | 2,198 | 1,793 | 1,553 | 1,676 | 1,586 | 1,792 | 1,475 | 2,843 | 3,307 |
| +/- |  | 422 | -405 | -240 | 123 | -90 | 206 | -317 | 1,368 | 464 |
| % Change |  | 24% | -18% | -13% | 8% | -5% | 13% | -18% | 93% | 16% |



## CIVIL/CRIMINAL CASE FILINGS - EL PASO
### TEN YEAR REPORT - CALENDAR YEAR 2019

|          | 2010  | 2011  | 2012  | 2013  | 2014  | 2015  | 2016  | 2017  | 2018  | 2019  |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Civil    | 454   | 510   | 481   | 400   | 453   | 388   | 502   | 372   | 366   | 332   |
| Criminal | 3,123 | 2,914 | 2,726 | 2,615 | 2,237 | 2,122 | 2,137 | 2,549 | 3,531 | 3,992 |
| Total    | 3,577 | 3,424 | 3,207 | 3,015 | 2,690 | 2,510 | 2,639 | 2,921 | 3,897 | 4,324 |
| +/-      |       | -153  | -217  | -192  | -325  | -180  | 129   | 282   | 976   | 427   |
| % Change |       | -4%   | -6%   | -6%   | -11%  | -7%   | 5%    | 11%   | 33%   | 11%   |



# CIVIL/CRIMINAL CASE FILINGS - MIDLAND
## TEN YEAR REPORT - CALENDAR YEAR 2019

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 151 | 121 | 124 | 127 | 130 | 243 | 405 | 267 | 254 | 290 |
| Criminal | 313 | 410 | 285 | 302 | 260 | 236 | 253 | 240 | 270 | 244 |
| Total | 464 | 531 | 409 | 429 | 390 | 479 | 658 | 507 | 524 | 534 |
| +/- |  | 67 | -122 | 20 | -39 | 89 | 179 | -151 | 17 | 10 |
| % Change |  | 14% | -23% | 5% | -9% | 23% | 37% | -23% | 3% | 2% |



# CIVIL/CRIMINAL CASE FILINGS - PECOS
## TEN YEAR REPORT - CALENDAR YEAR 2019

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Civil** | 101 | 138 | 134 | 79 | 92 | 66 | 93 | 59 | 46 | 64 |
| **Criminal** | 392 | 415 | 437 | 479 | 517 | 464 | 520 | 374 | 886 | 875 |
| **Total** | 493 | 553 | 571 | 558 | 609 | 530 | 613 | 433 | 932 | 939 |
| **+/-** |  | 60 | 18 | -13 | 51 | -79 | 83 | -180 | 499 | 7 |
| **% Change** |  | 12% | 3% | -2% | 9% | -13% | 16% | -29% | 115% | 1% |



# CIVIL/CRIMINAL CASE FILINGS - SAN ANTONIO
## TEN YEAR REPORT - CALENDAR YEAR 2019

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,007 | 1,059 | 1,141 | 1,112 | 1,094 | 1,141 | 1,296 | 1,268 | 1,337 | 1,516 |
| Criminal | 778 | 748 | 810 | 695 | 655 | 548 | 553 | 685 | 653 | 580 |
| Total | 1,785 | 1,807 | 1,951 | 1,807 | 1,749 | 1,689 | 1,849 | 1,953 | 1,990 | 2,096 |
| +/- |  | 22 | 144 | -144 | -58 | -60 | 160 | 104 | 37 | 106 |
| % Change |  | 1% | 8% | -7% | -3% | -3% | 9% | 6% | 2% | 5% |



# CIVIL/CRIMINAL CASE FILINGS - WACO
## TEN YEAR REPORT - CALENDAR YEAR 2019

|          | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|----------|------|------|------|------|------|------|------|------|------|------|
| Civil    | 338  | 292  | 335  | 396  | 481  | 377  | 479  | 359  | 360  | 708  |
| Criminal | 251  | 234  | 250  | 221  | 196  | 168  | 176  | 214  | 273  | 279  |
| Total    | 589  | 526  | 585  | 617  | 677  | 545  | 655  | 573  | 633  | 987  |
| +/-      |      | -63  | 59   | 32   | 60   | -132 | 110  | -82  | 60   | 354  |
| % Change |      | -11% | 11%  | 5%   | 10%  | -19% | 20%  | -13% | 10%  | 56%  |

