# EXHIBIT 8b

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2014 | Dec 31 2015 | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 6,749 | 7,501 | 8,328 | 8,510 | 9,077 | 9,645 | | |
| | | Terminations | 7,277 | 6,717 | 6,892 | 7,707 | 7,910 | 7,990 | | |
| | | Pending | 6,244 | 7,046 | 8,404 | 9,199 | 10,344 | 11,961 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | 42.9 | 28.6 | 15.8 | 13.3 | 6.3 | 31 | 5 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months [2] | 5.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 482 | 536 | 595 | 608 | 648 | 689 | 17 | 4 |
| | | Civil | 404 | 449 | 523 | 525 | 558 | 591 | 11 | 2 |
| | | Criminal Felony | 46 | 50 | 35 | 41 | 43 | 53 | 82 | 12 |
| | | Supervised Release Hearings | 33 | 37 | 37 | 42 | 48 | 45 | 34 | 8 |
| | Pending Cases [2] | | 446 | 503 | 600 | 657 | 739 | 854 | 11 | 2 |
| | Weighted Filings [2] | | 485 | 512 | 515 | 556 | 637 | 592 | 21 | 5 |
| | Terminations | | 520 | 480 | 492 | 551 | 565 | 571 | 25 | 6 |
| | Trials Completed | | 12 | 11 | 11 | 9 | 11 | 9 | 81 | 13 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.8 | 13.1 | 14.9 | 20.8 | 15.8 | 12.4 | 72 | 10 |
| | | Civil [2] | 7.9 | 7.6 | 7.3 | 7.2 | 7.6 | 8.5 | 33 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 25.6 | 27.7 | 31.2 | 26.7 | 29.2 | 22.3 | 13 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 430 / 8.3 | 537 / 9.2 | 471 / 6.5 | 469 / 5.8 | 834 / 9.1 | 1,689 / 15.9 | 79 | 12 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.6 | 1.4 | 1.4 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 61.3 | 61.1 | 70.1 | 65.0 | 65.1 | 78.6 | | |
| | | Percent Not Selected or Challenged | 41.9 | 40.3 | 47.8 | 41.4 | 31.1 | 55.5 | | |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8,278 | 247 | 2,478 | 1,020 | 8 | 143 | 404 | 560 | 352 | 570 | 1,471 | 67 | 958 |
| Criminal [1] | 733 | 24 | 319 | 30 | 151 | 92 | 18 | 28 | 10 | 15 | 18 | 10 | 18 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."