**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| Cub Club Investment, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Apple Inc.,<br><br>        Defendant. | § § § § § § § § § § § Civil Action No. 6:20-cv-856-ADA-JCM |

**ORDER GRANTING APPLE INC.'S**
**MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

On this day, came on for consideration Defendant Apple Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion"). The Court, having considered Apple's Motion, the authorities cited therein, and the exhibits attached thereto, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the above-captioned case is transferred to the Northern District of California.

SIGNED THIS _____ day of December, 2020.

 

_____
THE HONORABLE JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE