# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Cub Club Investment, LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>Apple Inc.,<br><br>    Defendant. | Case No. 6:20-cv-856-ADA-JCM<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF CCI'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO MOTION TO TRANSFER

Plaintiff Cub Club Investment, LLC ("CCI") moves pursuant to Federal Rule of Civil Procedure 6(b) to extend the deadline to respond to Defendant's Motion to Transfer (Dkt. 21) to December 9, 2020.

Defendant filed the Motion to Transfer on November 24, 2020, triggering a response date of December 1, 2020. Due to the Thanksgiving holiday and the closure of the Western District of Texas on November 27, 2020, CCI would benefit from additional time to evaluate and respond to Defendant's Motion to Transfer.

For the foregoing reasons, CCI respectfully requests that the Court extend the deadline to respond by 8 days, up to and including December 9, 2020. Counsel for CCI has conferred via telephone with counsel for Defendant, who does not oppose the extension.

| | |
|---|---|
| December 3, 2020 | Respectfully submitted,<br><br>*/s/ B. Todd Patterson*<br>B. Todd Patterson<br>*Counsel for Plaintiff*<br>*Cub Club Investment, LLC*<br><br>B. Todd Patterson<br>Attorney In Charge<br>Texas Bar No. 00789537<br>tpatterson@pattersonsheridan.com |

John A. Yates
Texas Bar No. 24056569
jyates@pattersonsheridan.com

Kyrie Cameron
Texas Bar No. 24097450
kcameron@pattersonsheridan.com

**Patterson + Sheridan LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas Bar No. 24000087
areyna@pattersonsheridan.com

**Patterson + Sheridan LLP**
900 Washington Ave., Suite 503
Waco, Texas 76701
(Tel): 254-777-5248
(Fax): 877-777-8071

Craig K. Ribbeck
Texas Bar No. 24009051
craig@ribbecklawfirm.com

**The Ribbeck Law Firm, PLLC**
P.O. Box 550377
Houston, TX 77055
(Tel): 713-621-5220
(Fax): 713-572-1507

## **CERTIFICATE OF CONFERENCE**

On December 2, 2020, Defendant's counsel stated they did not oppose an 8-day extension of CCI's time to respond to Defendants' Motion to Transfer to and including December 9, 2020.

*/s/ B. Todd Patterson*
B. Todd Patterson

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2020, I electronically served the foregoing document to all counsel of record.

*/s/ B. Todd Patterson*
B. Todd Patterson
