# EXHIBIT 1

**PRESS RELEASE**
December 13, 2018

# Apple to build new campus in Austin and add jobs across the US

New sites in Seattle, San Diego and Culver City, California



Apple employees in New York celebrate the launch of iPhone Xs on September 21, 2018.

Cupertino, California and Austin, Texas — Apple today announced a major expansion of its operations in Austin, including an investment of $1 billion to build a new campus in North Austin. The company also announced

plans to establish new sites in Seattle, San Diego and Culver City and expand in cities across the United States including Pittsburgh, New York and Boulder, Colorado over the next three years, with the potential for additional expansion elsewhere in the US over time.



**Newsroom**  Search Newsroom  Archive  Apple TV+ Press ↗

The announcement caps a year of continued job creation. Apple added 6,000 jobs to its American workforce in 2018 and now employs 90,000 people in all 50 states. As announced in January, the company is on track to create 20,000 jobs in the US by 2023. In 16 states, Apple today employs over 1,000 people.

"Apple is proud to bring new investment, jobs and opportunity to cities across the United States and to significantly deepen our quarter-century partnership with the city and people of Austin," said Tim Cook, Apple's CEO. "Talent, creativity and tomorrow's breakthrough ideas aren't limited by region or zip code, and, with this new expansion, we're redoubling our commitment to cultivating the high-tech sector and workforce nationwide."

# Apple employs 90,000 Americans in all 50 states





## Austin Campus

Apple's newest Austin campus will be located less than a mile from its existing facilities. The 133-acre campus will initially accommodate 5,000 additional employees, with the capacity to grow to 15,000, and is expected to make Apple the largest private employer in Austin.

"Apple is among the world's most innovative companies and an avid creator of jobs in Texas and across the country," said Texas Governor Greg Abbott. "Their decision to expand operations in our state is a testament to the high-quality workforce and unmatched economic environment that Texas offers. I thank Apple for this tremendous investment in Texas, and I look forward to building upon our strong partnership to create an even brighter future for the Lone Star State."

Jobs created at the new campus will include a broad range of functions including engineering, R&D, operations, finance, sales and customer support. At 6,200 people, Austin already represents the largest population of Apple employees outside Cupertino.



The company's current facilities in Austin accommodate 6,200 staff, marking Apple's largest presence of employees outside of Cupertino.



"Apple has been a vital part of the Austin community for a quarter century, and we are thrilled that they are deepening their investment in our people and the city we love," said Austin Mayor Steve Adler. "Apple and Austin share a creative spark and a commitment to getting big things done. We share their commitment to diversity and inclusion. We're excited they are bringing more middle-skilled jobs to the area. And we're particularly gratified by their commitment to providing a great place to work for a large and growing number of America's veterans."

"Apple is truly a part of our Texas family," said Williamson County Director of Administration Rebecca Clemons. "Apple's vision on innovation, quality and simplicity align with the values here in Williamson County. We are both committed to continued job creation and outstanding quality of life. This new expansion is a perfect example of the astounding growth and opportunity that are possible when a company and a community work together."

The new campus will include 50 acres of preserved open space and, like all Apple facilities worldwide, its workspaces will be powered by 100 percent renewable energy.

## Nationwide Growth

Apple plans to grow its employee base in regions across the United States over the next three years, expanding to over 1,000 employees in Seattle, San Diego and Culver City each, and adding hundreds of new jobs in Pittsburgh, New York, Boulder, Boston and Portland, Oregon. The company recently opened its newest office in Nashville, Tennessee and Apple's Miami office is projected to double in size.



Apple's data center in Reno, Nevada, is one of several US data centers the company is expanding over the next five years.



Apple plans to invest $10 billion in US data centers over the next five years, including $4.5 billion this year and next. Apple's data centers in North Carolina, Arizona and Nevada are currently being expanded. In Iowa, preparations are underway for the company's newest data center in Waukee. All of the company's data centers are run on 100 percent renewable energy.

## Apple's Job Creation

Apple is already responsible for creating and supporting more than 2 million jobs in all 50 states, including workers at 9,000 suppliers and manufacturers in the US. The booming App Store ecosystem is responsible for more than 1.5 million American jobs, bringing growth and opportunity from Atlanta to Anchorage, Alaska.

## Apple retail locations across the US



Apple's job creation efforts span a wide range of roles — from advanced design, engineering and research, to the most innovative retail, operations and customer support functions in the world. Apple operates retail stores in 44 states plus the District of Columbia, and has added 7,000 US retail jobs over the past five years. Apple plans to add more stores and reimagine the customer experience at many existing retail locations across the country.

Images of Apple Expansion

Download all images ⓘ

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms — iOS, macOS, watchOS and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

### Press Contacts

**Fred Sainz**
Apple
sainz@apple.com
(669) 227-0492

**Colin Johnson**
Apple
colin_johnson@apple.com
(408) 974-6284

**Apple Media Helpline**
media.help@apple.com
(408) 974-2042

## Related Articles



January 17, 2018   **PRESS RELEASE**
### Apple accelerates US investment and job creation
Contributions will exceed $350 billion over five years, adding US jobs, investments in domestic suppliers and fueling the App Store economy.

December 13, 2017   **PRESS RELEASE**
### Apple awards Finisar $390 million from its Advanced Manufacturing Fund
Apple today announced the latest award from its Advanced Manufacturing Fund to Finisar, a leading manufacturer of optical communications components.

August 24, 2017   **PRESS RELEASE**
### Apple's next US data center will be built in Iowa
Apple announces plans to build a new state-of-the-art data center in Waukee, Iowa, to better serve North American users.

The latest news and updates, direct from Apple.
Read more ›

Newsroom › Apple to build new campus in Austin and add jobs across the US

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Mac | Apple Music | Find a Store | Apple and Business | Accessibility |
| iPad | Apple News+ | Shop Online | Shop for Business | Education |
| iPhone | Apple TV+ | Genius Bar | | Environment |
| Watch | Apple Arcade | Today at Apple | **For Education** | Inclusion and Diversity |
| TV | Apple Books | Apple Camp | Apple and Education | Privacy |
| Music | Apple Card | Field Trip | Shop for K-12 | Supplier Responsibility |
| AirPods | iCloud | Apple Store App | Shop for College | |
| HomePod | | Refurbished and Clearance | | **About Apple** |
| iPod touch | **Account** | Financing | **For Healthcare** | Newsroom |
| Accessories | Manage Your Apple ID | Apple Trade In | Apple in Healthcare | Apple Leadership |
| Gift Cards | Apple Store Account | Order Status | Health on Apple Watch | Job Opportunities |
| | iCloud.com | Shopping Help | Health Records on iPhone | Investors |
| | | | | Events |

| For Government | Contact Apple |
|---|---|
| Shop for Government | |
| Shop for Veterans and Military | |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved. Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    United States