# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Cub Club Investment, LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 6:20-cv-856-ADA-JCM |
| Apple Inc., | | |
| Defendant. | | |

## DECLARATION OF JOHN ALLEN YATES IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

I, John Allen Yates, declare as follows:

1. I am an attorney at Patterson + Sheridan, LLC, counsel of record in this action for Plaintiff Cub Club Investment, LLC. I am admitted to practice before this Court and am a member of the bar of the State of Texas. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called to do so.

2. Attached as Exhibit 1 is a true and correct copy of a print out of the Texas Secretary of State Business Organizations Inquiry Filing Record last updated on June 12, 2017 that provides the addresses for Katrina Parrott and Katy Parrott. Additionally, Exhibit 1 provides the address for Cub Club Investment, LLC.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this 9th day of December 2020 in Houston, Texas.

John Allen Yates

# Yates Decl. EXHIBIT 1

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800019147 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 12, 2001 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32003890053 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Cub Club Investment, LLC | | |
| **Address:** | 2912 PORT ROSE LN<br>LEAGUE CITY, TX 77573 USA | | |

| [REGISTERED AGENT](#) | [FILING HISTORY](#) | [NAMES](#) | [MANAGEMENT](#) | [ASSUMED NAMES](#) | [ASSOCIATED ENTITIES](#) |
|---|---|---|---|---|---|
| **Last Update** | **Name** | **Title** | **Address** | | |
| June 12, 2017 | KATRINA PARROTT | PTR | 2912 PORT ROSE LN.<br>LEAGUE CITY, TX 77573 USA | | |
| June 12, 2017 | KATY PARROTT | PTR | 2912 PORT ROSE LN.<br>LEAGUE CITY, TX 77573 USA | | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.