# EXHIBIT 7



Explore

Settings

**Mark Davis**
1,387 Tweets

Search Twitter

Follow

**Mark Davis**
@mark_e_davis

• Google Internationalization Architecture

• Unicode: President, Cofounder, CLDR chair, former Emoji Subcommittee chair

Portland, OR (ex-Zürich) Joined April 2009

**279** Following **1,777** Followers

Tweets | Tweets & replies | Media | Likes

Mark Davis Retweeted

**John McWhorter** @JohnHMcWhorter · Nov 29

Wow! @stanfordmag did a profile of me (I did my doctoral work there) that precisely gets what I am and am not. That's understandably been rare for me in pieces like this. I am, dammit, touched!

Word Nerd
John McWhorter is best known as a cultural critic who garners bouquets and brickbats from left and right alike. But he's really a linguistics geek …
stanfordmag.org

49 111 1.1K

Mark Davis Retweeted

**Jonah Goldberg** @JonahDispatch · Nov 25

**New to Twitter?**
Sign up now to get your own pers

Sign up

**You might like**

**The Unicode Cons**
@unicode

**Jeremy Burge**
@jeremyburge

**Fake "Unicode."**
@FakeUnicode

Show more

**What's happening**

Boxing · Yesterday
**Floyd Mayweather announ will fight Logan Paul in Feb**

Trending in United States
**addison**
12.4K Tweets

Trending in United States
**Clare**
5,373 Tweets

Trending in United States
**CUDI**
4,420 Tweets

Sports · Trending
**#PatIDontWantToOverreac**
Former professional punter a podcaster Pat McAfee calls o their takes on what went dov Sunday

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

Twitter

# Explore

Settings

Search Twitter

↻ **Mark Davis** Retweeted
**XKCD Comic** @xkcdComic · Nov 25
Linguists xkcd.com/2390/ m.xkcd.com/2390/

💬 93    ↻ 2.1K    ♡ 8.2K

↻ **Mark Davis** Retweeted
**Rebecca Traister** @rtraister · Nov 19
Wow did not expect to log on and find images of Giuliani doing that scene from Raiders of the lost Ark.

💬 6    ↻ 22    ♡ 320

Show this thread

**Mark Davis** ✓ @mark_e_davis · Nov 19
Very cool! I hope @TheEconomist takes note.
Their pastel graphs might be stylish, but for the color-blind impossible to read.

> **Mathias Bynens** ✓ @mathias · Nov 19
> Chrome DevTools can simulate color vision deficiencies. At BlinkOn, I explained:
>
> > how we prototyped this in HTML+CSS+SVG
> > how we implemented this in the Blink Renderer (C++)
>
> Curious? Check it out
>
> > Write-up: mths.be/cvd
> > Video: youtube.com/watch?v=Lnapsm…

💬    ↻    ♡ 1

↻ **Mark Davis** Retweeted
**Joshua Kosman** ✓ @JoshuaKosman · Nov 18
I'm told that many Germans are stockpiling cheese and sausages in anticipation of a COVID lockdown — planning, in other words, for a Wurst-Käse scenario.

💬 1K    ↻ 14K    ♡ 90.7K

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Case 6:20-cv-00856-ADA-JCM   Document 26-8   Filed 12/09/20   Page 4 of 6



Search Twitter

Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in

12/7/2020 Mark Davis ☺️ (@mark_e_davis) / Twitter

Case 6:20-cv-00856-ADA-JCM   Document 26-8   Filed 12/09/20   Page 6 of 6



# Explore

⚙ Settings

🔍 Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

https://twitter.com/mark_e_davis?lang=en                    5/5